UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RENEGADE CAPITAL GP, LLC
d/b/a RIVERROCK FUNDS LLC, a
Delaware limited liability company,

        Plaintiff,

CASE NO.:

v.

ABACUS LIFE, INC. n/k/a
ABACUS GLOBAL
MANAGEMENT, INC., a Delaware
Corporation,
        Defendant,
_____ /

# COMPLAINT

Plaintiff, Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC ("RiverRock" or "Plaintiff"), by and through its undersigned counsel, hereby files its Complaint against Defendant, Abacus Life, Inc. n/k/a Abacus Global Management, Inc., ("Abacus" or "Defendant") (collectively Plaintiff and Defendant are "Parties"). In support thereof, RiverRock states:

## INTRODUCTION

1. This case centers on Abacus' material breach of the Confidentiality Agreement between Abacus and RiverRock effective as of September 5, 2023 ("Confidentiality Agreement"). A true and correct copy of the Confidentiality Agreement, designated herein as **Exhibit A**, is being filed as a proposed sealed exhibit to a forthcoming motion to seal.

1

2. The Confidentiality Agreement was executed ███████████████████████████████████████████████████████████████████████████. Abacus sought to review highly sensitive, confidential, and proprietary business information from RiverRock. RiverRock agreed to the disclosure and exchange of highly sensitive, confidential, and proprietary business information because the terms of the Confidentiality Agreement protected RiverRock from unauthorized disclosure.

3. Notwithstanding its obligations, Abacus willfully breached the Confidentiality Agreement by publicly posting the same highly sensitive, confidential, and proprietary information that it was bound to protect into the public forum on its public website, www.abacuslife.com, in the form of a downloadable PDF. This document remained publicly accessible for approximately 36 hours and was viewed by industry professionals who then shared it with RiverRock employees shortly after its posting.

4. While publicly posted on www.abacuslife.com, a reporter obtained the Confidential Information and published an article in the Deal, a widely read industry publication, further amplifying the unauthorized disclosure. RiverRock subscribes to the Deal and each of its employees therefore received the article.

5. As a result of Abacus' material breach, RiverRock suffered severe and irreparable harm. Its highly sensitive, confidential, and proprietary business information is now out in the open for anyone with internet access to review. RiverRock's reputation was harmed, key employees have resigned, existing and potential investors refrained from further investment, its business was damaged, and

even worse, after damaging RiverRock's business, ███████████████████████████. RiverRock continues to suffer the consequences of Abacus' egregious breach of the Confidentiality Agreement.

## PARTIES, JURISDICTION, AND VENUE

6. Plaintiff, Renegade Capital GP, LLC d/b/a RiverRock Funds LLC, is a Delaware limited liability company, with its principal place of business at 500 W. 2nd Street, Suite 1575, Austin, Texas 78701. The only members of RiverRock are Jonathan Osbourne and Gabriel Siegel, both of whom are citizens of Texas.

7. Defendant, Abacus Life, Inc. n/k/a Abacus Global Management, Inc. is a Delaware corporation. Upon information and belief, its principal place of business is located at 2101 Park Center Drive, Suite 250, Orlando, FL 32835. At all times material hereto, Abacus conducted business in Orange County, Florida.

8. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs, and there is complete diversity of citizenship amongst the parties. At the time of filing, the Plaintiff is a citizen of Texas and Abacus is a citizen of Florida and Delaware.

9. This Court has personal jurisdiction over Abacus pursuant to sections 48.193(1)(a)(1), (7), and (9) Florida Statutes, respectively, because Abacus operates and conducts business activities within the state of Florida, breached a contract in the state of Florida by failing to perform acts required by the contract to be performed in

the state of Florida, and entered into a contract that complies with Fla. Stat. 685.102 because the contract at issue ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮:



**Exhibit A**, attached to RiverRock's forthcoming motion to seal.

10. The Court also has personal jurisdiction over Abacus pursuant to Section 48.193(2), Florida Statutes because it engages in substantial and not isolated activity within this state.

11. Venue is proper in Orange County pursuant to 28 U.S.C. § 1391(b), because Abacus resides in Orange County, Florida, and the acts giving rise to the claims occurred or accrued in Orange County, Florida. Additionally, RiverRock and Abacus entered into a contract ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

## GENERAL ALLEGATIONS

**A. The Business Relationship of the Parties**

12. RiverRock is an alternative investment manager focused on providing non-correlated investment solutions to institutional and individual investors. It has over a decade of experience managing pooled investment funds investing in the secondary market for life insurance policies.

13. As one of the most experienced teams in the business, RiverRock has a wealth of relationships and historical knowledge of the industry. Further, through its extensive knowledge of life settlements, it has developed a proprietary analytical system that optimizes returns.

14. Due to RiverRock's success as a leader in the industry, ██████████ ████████████████████████. Abacus is a publicly traded company on the Nasdaq Exchange (ABL).

15. ████████████████████████████████████████████████████████, Abacus requested that RiverRock provide it with certain highly sensitive, confidential, and proprietary business documents.

16. RiverRock would not disseminate such sensitive materials until a Confidentiality Agreement was put in place.

**B. The Confidentiality Agreement**

17. On September 5, 2023, the Parties entered into the Confidentiality Agreement, which was executed by Jay Jackson, the Chief Executive Officer of

Abacus ("Jackson") on behalf of Abacus and by Anthony J. Annino, the Chief Executive Officer of RiverRock ("Annino") on behalf of RiverRock.

18. The Confidentiality Agreement ▮▮▮ ▮ ▮▮ ▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮:





See **Exhibit A**, attached to RiverRock's forthcoming motion to seal.

19. The Confidentiality Agreement ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮:

(a) ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

(b) 

See id.

20. The Confidentiality Agreement sets forth ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮:

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮



*See id*.

21. The term of the Confidentiality Agreement ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

22. RiverRock complied with all terms and conditions under the Confidentiality Agreement.

## C. The Data Room

23. As customary with a ▓▓▓▓▓▓▓▓▓▓▓▓, a data room to share the Confidential Information was created shortly after the execution of the Confidentiality Agreement, on or about September 13, 2023.

24. To facilitate the ▓▓▓▓▓▓▓▓▓▓▓▓, RiverRock added Confidential Information to the data room for Abacus' review. Such Confidential Information included: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

████████████████████████████████████████.

25. On or around October 2, 2023, Annino added Jackson to the data room so Abacus could begin diligence ███████████████.

**D.** ████████████████████████████████████████

26. After reviewing the documents in the data room, on October 14, 2023, Jackson wrote to Annino ████████████████████████████████. ████████

████████████████████████████████████████████████████████

███████████████" A true and correct copy of Jackson's October 14, 2023 email is designated herein as **Exhibit B** and is being filed as a proposed sealed exhibit to a forthcoming motion to seal.

27. On November 5, 2023, Jackson ████████████████████████████

█████████.

28. He wrote: "████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████." A true and correct copy of Jackson's November 5, 2023 email to Annino is designated herein as **Exhibit C** and is being filed as a proposed sealed exhibit to a forthcoming motion to seal.

9

29. Upon information and belief, Abacus' board was set to meet on or around November 9, 2023.

30. A board deck was prepared in advance of the meeting. Among other action items to present to the board was ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Accordingly, Abacus included the Confidential Information from the data room in the slides of the board deck ("Board Deck").

31. According to Abacus, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

32. After the board meeting, on or around November 11, 2023, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. On the same date, Jackson also invited Annino to join the third quarter earnings call.

E. **Abacus Breaches the Confidentiality Agreement**

33. Despite clear contractual obligations ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, Abacus breached the Confidentiality Agreement by placing RiverRock's Confidential Information into a public forum.

34. On or around November 14, 2023, Abacus uploaded the entirety of the Board Deck, which included RiverRock's Confidential Information, to its website: www.abacuslife.com. The Board Deck remained posted and publicly accessible on Abacus' website for approximately 36 hours.

35. The Board Deck included highly sensitive, confidential and propriety information including ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, which was

not public knowledge. RiverRock's employees ███████████████████

███████████████████████████████████████████████

█████████████████████████████████████.

36.     There were two full pages in the Board Deck dedicated to RiverRock, and those pages included extremely sensitive and private information regarding █ █████████. Abacus essentially took RiverRock's Confidential Information, then ███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

█████.

37.     Realizing its grave error and being bound by the filing requirements of the United States Securities and Exchange Commission, on or about November 20, 2023, Abacus filed a Form 8-K admitting that it posted an "investor deck" on its public facing website. The disclosure alerted investors that "nothing in this communication should be regarded as a representation by any person that the forward-looking statements set forth herein will be achieved." A true and correct copy of the Form 8-K is attached hereto as **Exhibit D**.

38.     RiverRock was not immediately notified of the breach.

39.     Despite its clear blunder, ███████████████████████

███████████████████████████████. On November 24, 2023, Abacus ███████████

███████████████████████████████████████████.

11

40. RiverRock did not know it yet, but the damage from Abacus' breach was already accumulating at this point.

41. As a publicly traded company, Abacus' website is highly trafficked by consumers and industry professionals alike. Accordingly, the breach left RiverRock highly exposed with its most valuable information at large.

42. The Confidential Information was published for long enough that Donna Horowitz ("Horowitz"), a reporter at The Deal, accessed the information.

43. The Deal, founded in 1999, is a major publication with a massive following for professionals in the legal, investment, private equity, insurance, hedge fund, academic, and consulting sectors. The Deal primarily reports on new deals, mergers and acquisitions, and other industry related information. It is regarded as a highly reliable source and one that industry professionals routinely review.

44. On December 1, 2023, Valerie Coffey, RiverRock's Chief Operations Officer, received an unexpected voicemail from Horowitz, claiming to be writing an article about "Abacus buying RiverRock", ███████████████████████ ██████████. A true and correct copy of the transcription of the voicemail is attached hereto as **Exhibit E**. Horowitz also called Annino and Gabe Siegel, RiverRock's Chairman.

45. Annino emailed Jackson regarding the call from Horowitz. Only then did Abacus notify RiverRock as to its breach of the Confidentiality Agreement.

46. Jackson admitted liability. He emailed Annino ████████████ ██████████ A true and correct copy of this email exchange is designated herein as

**Exhibit F** and is being filed as a proposed sealed exhibit to a forthcoming motion to seal.

47. On December 5, 2023, Horowitz published an article on The Deal titled "Abacus Accidentally Posts Document on Potential RiverRock Deal."

48. The article exponentially increased RiverRock's damages by the further dissemination of its Confidential Information. The article reported that: "Abacus Life Inc. (ABL) published a document on its website about the acquisition of RiverRock Funds LLC, pulled it down and filed a disclaimer with the Securities and Exchange Commission." The article re-published RiverRock's confidential business information, including its net losses, net income, total assets under management, estimated 2024 net revenue, and deal price. A true and correct copy of The Deal Article is attached hereto as **Exhibit G**.

49. The most detrimental piece of Confidential Information posted on the Abacus' website and recirculated in The Deal was regarding RiverRock's payroll. Abacus, not RiverRock, determined that it would cut RiverRock's payroll from $4.7 million to $755,000, thus revealing Abacus' plans to terminate many of RiverRock's employees. Abacus prepared slides in the Board Deck that it published and which Horowitz republished announcing that RiverRock's payroll and rent expenses totaled $4.7 million in 2023 and was budgeted to drop to $755,000 for 2024 and $105,000 in 2025.

50. Accordingly, not only did the breach alert RiverRock's employees that a potential acquisition was on the table, but it alerted them to the highly sensitive fact

that once acquired by Abacus, Abacus had plans to terminate their employment. This was obvious since the payroll budget was so dramatically slashed.

51. Following the publication of the article, Annino wrote to Jackson to ▮ ▮. Annino wrote:



14

██████████████████████████████████

A true and correct copy of Annino's December 5, 2023 email to Jackson is designated herein as **Exhibit H** and is being filed as a proposed sealed exhibit to a forthcoming motion to seal.

52. Abacus failed to respond.

F. <u>The Aftermath of the Breach</u>

53. The consequences of this breach were dire for RiverRock.

54. Since its founding in 2007, RiverRock has spent the last 17 years perfecting its craft and building a reputation as being a key player in the alternative investment space. It has spent years training highly skilled employees who add value to the business. It has protected its financial valuation models and financial information fiercely. Yet, due to Abacus' breach, RiverRock's proprietary business information was now available to anyone with access to the internet.

55. On December 6, 2023, one day following the publication of The Deal article, Denny Mathew, RiverRock's Chief Underwriting Officer resigned. This resignation would start a wave of resignations within the company. RiverRock is a small company that runs efficiently with 12 employees. Over the course of December 2023 to February 2024, it has had six key employees resign including its CEO Annino. RiverRock also lost its Chief Operating Officer and Controller.

56. The breach left RiverRock highly exposed because its employees became aware that their jobs were not secure and left before being terminated.

57. This mass exodus of almost 50% of the company, including four of its most senior positions, put RiverRock in an extremely vulnerable position. For a company built on the skill and expertise of its people, losing five out of twelve employees is incredibly damaging.

58. Simultaneously, potential investors were learning about the breach and became fearful of entering into a deal with RiverRock. RiverRock was deep in discussions regarding investment opportunities with several investors who, ███ ██████████████████████████████████, were no longer willing to invest in or otherwise do business with RiverRock. Seventeen years of sales work and relationship building with investors was ruined instantly. The breach essentially froze all of RiverRock's fundraising opportunities. In sum, the breach seriously jeopardized future business opportunities.

59. On December 13, 2023, prior to his resignation, Annino wrote to Jackson:



███████████████████████████████████████████████
███████████████████████████████████████

A true and correct copy of Annino's December 13, 2023 email to Jackson is designated herein as **Exhibit I** and is being filed as a proposed sealed exhibit to a forthcoming motion to seal.

60. On December 15, 2023, after Abacus' breach severely damaged RiverRock's business, Abacus notified RiverRock that "████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████████████████████████████████

████████████████████." A copy of Jackson's December 15, 2023 email to Annino is designated herein as **Exhibit J** and is being filed as a proposed sealed exhibit to a forthcoming motion to seal.

61. Abacus' breach has prevented RiverRock from raising the capital necessary to continue successfully operating its business, which has caused RiverRock to lose out on millions of dollars it would have earned but for Abacus' breach.

62. Not only did Abacus cause substantial damage to RiverRock's business, but it did so ████████████████████████████████████

████████████████████.

63. RiverRock has retained the law firm of Greenberg Traurig, P.A. in this action and is obligated to pay the firm a reasonable fee for its services.

17

64. All conditions precedent to the maintenance of this action have been met, performed, waived, or otherwise satisfied.

## COUNT I
## BREACH OF CONTRACT

65. Plaintiff repeats and realleges each and every allegation contained in paragraphs 1 through 64 above as if fully set forth herein.

66. This is an action for breach of contract.

67. On or about September 5, 2023, RiverRock and Abacus executed the Confidentiality Agreement, which is a valid contract.

68. RiverRock fully performed its obligations under the Confidentiality Agreement.

69. Abacus, however, materially breached the Confidentiality Agreement by publicly disclosing RiverRock's Confidential Information on its website www.abacuslife.com.

70. ███████, the Confidentiality Agreement requires that ███████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███."

71. ███████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
███████████████████████████████████████
██████████

72. The Confidential Information posted on Abacus' website should have never been publicly released. Sharing that information on the internet was not necessary ████████████████████████████, it was not authorized to be disseminated by RiverRock, and it was spread far beyond only those who have a need to know.

73. The Confidentiality Agreement puts Abacus on notice that it is ███████████████████████████████████████ ████"

74. As a direct and proximate result of Abacus' breach of the Confidentiality Agreement, RiverRock has suffered damages. Among other damages, RiverRock has lost nearly half of its employees, and its business is severely damaged.

**WHEREFORE**, Plaintiff, Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC, respectfully requests that the Court enter judgment against Defendant,

Abacus Life, Inc. n/k/a Abacus Global Management, Inc., for damages, court costs, and interest, together with such other and further relief the Court deems just and proper.

Dated: March 11, 2025.                                  Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

By: /s/ *A. Sheila Oretsky*
    A. Sheila Oretsky, Esq.
    *Lead Counsel*
    Florida Bar No. 31365
    sheila.oretsky@gtlaw.com
    raquel.acuna@gtlaw.com
    Maria R. Santangelo
    Florida Bar No. 1049930
    maria.santangelo@gtlaw.com
    flservice@gtlaw.com

    *Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*