# **EXHIBIT E**

| | |
|---|---|
| **From:** | Zoom |
| **To:** | Valerie Coffey |
| **Subject:** | [EXTERNAL] - New Voicemail from DONNA HOROWITZ (415) 456-2758 to Main Auto Receptionist (Ext. 801) on Fri Dec 1, 2023 12:12 |
| **Date:** | Thursday, January 18, 2024 3:31:40 PM |
| **Attachments:** | msg_64ea35ec-2add-4184-bf0e-a98fe7b5f1fb.mp3 |



# You have a new voicemail



| | |
|---|---|
| **Time** | Fri Dec 1, 2023 12:12 |
| **From** | DONNA HOROWITZ (415) 456-2758 |
| **To** | Main Auto Receptionist (Ext. 801) **(Auto Receptionist)** |
| **Forward To** | Valerie Coffey (Ext. 1305) |
| **Duration** | 00:15 |

**Voicemail Transcription**

"Hey, Valerie? This is Donna Horowitz, life settlement support. Haven't talked in a long time. Okay, so I'm doing this story on Abacus Buying River rock. Can you give me a call? 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. It's 1012, California time. Thank you. Bye. "



**To listen to this message, you can open the attachment or use any Zoom Applications to have instant access to all your messages.**

+1.888.799.9666

©2023 Zoom - All Rights Reserved

Visit zoom.us

55 Almaden Blvd

San Jose, CA 95113