# EXHIBIT H

To be filed as proposed sealed document
to forthcoming motion to seal