**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

Civ. Action No. 6:25-cv-00424

v.

ABACUS LIFE, INC. N/K/A ABACUS GLOBAL MANAGEMENT, INC., A DELAWARE CORPORATION,

Defendant.
_______________________________________________/

**NOTICE OF ATTORNEY APPEARANCE**

James J. Diamond, Esq., of the law firm of Greenberg Traurig, P.A., hereby serves this Notice of Appearance ("Notice"), as counsel for Plaintiff, RENEGADE CAPITAL GP, LLC D/B/A RIVERROCK FUNDS, LLC in the above-styled matter. Set forth below is the information necessary for the purpose of ensuring that the appearance can be noted of record, and all documents can be served and provided to the undersigned by Notices of Electronic Filing generated by CM/ECF.

Dated: March 12, 2025

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*By: /s/ James J. Diamond*
JAMES J. DIAMOND
Florida Bar No. 0117678

diamondj@gtlaw.com
fernandezfe@gtlaw.com
FLservice@gtlaw.com

*Attorney for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of March, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ James J. Diamond*
JAMES J. DIAMOND