AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

Renegade Capital GP, LLC d/b/a RiverRock Funds LLC, a Delaware limited liability company

*Plaintiff(s)*

v.

Abacus Life, Inc. n/k/a Abacus Global Management, Inc., a Delaware Corporation

*Defendant(s)*

Civil Action No. 6:25-cv-000424-CEM-UAM

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Abacus Life, Inc. n/k/a Abacus Global Management, Inc., a Delaware Corporation
c/o Registered Agent
COGENCY GLOBAL INC.
850 NEW BURTON ROAD SUITE 201
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: A. Sheila Oretsky, Esq.
333 S.E. 2nd Ave
Suite 4400
Miami, Florida 33131
(305) 579-0535

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: March 17, 2025

Maria Bobe

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* __________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* __________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
____________________ on *(date)* __________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: