# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 6:25-CV-00424-CEM-UAM

Plaintiff:
**RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,**

vs.

Defendant:
**ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,**

For:
GREENBERG TRAURIG, P.A.
333 S.E. 2ND AVENUE
SUITE 4400
MIAMI, FL 33131

Received by Lightning Legal Couriers on the 17th day of March, 2025 at 1:04 pm to be served on **ABACUS LIFE, INC N/K/A ABACUS GLOBAL MANAGEMENT, INC., A DELAWARE CORPORATION C/O REGISTERED AGENT COGENCY GLOBAL INC, 850 NEW BURTON ROAD, SUITE 201, DOVER, DE 19904**.

I, STEPHEN A. KEMPSKI, do hereby affirm that on the **18th day of March, 2025** at **9:25 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS, CIVIL COVER SHEET, COMPLAINT WITH EXHIBITS, NOTICE OF ATTORNEY APPEARANCE, ORDER, MOTION TO SEAL AND ITS EXHIBITS, AND THE UNREDACTED COMPLAINT AND ALL UNSEALED EXHIBITS THERETO** with the date and hour of service endorsed thereon by me, to: **THERESA GRANDISON AS ADMIN ASSISTANT FOR COGENCY GLOBAL INC** as **REGISTERED AGENT** for **ABACUS LIFE, INC N/K/A ABACUS GLOBAL MANAGEMENT, INC., A DELAWARE CORPORATION**, at the address of: **850 NEW BURTON ROAD, SUITE 201, DOVER, DE 19904**, and informed said person of the contents therein, in compliance with state statutes.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

**STEPHEN A. KEMPSKI**
09-58-A

**Lightning Legal Couriers**
**9280 SW 64 Street**
**Miami, FL 33173**
**(786) 286-4167**

Our Job Serial Number: LTN-2025002445
Ref: 223231.010100

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0b

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

3·18·25 9:25am
SK# 09-58-A

Renegade Capital GP, LLC d/b/a RiverRock Funds LLC, a Delaware limited liability company

*Plaintiff(s)*

v.

Abacus Life, Inc. n/k/a Abacus Global Management, Inc., a Delaware Corporation

*Defendant(s)*

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Abacus Life, Inc. n/k/a Abacus Global Management, Inc., a Delaware Corporation
c/o Registered Agent
COGENCY GLOBAL INC.
850 NEW BURTON ROAD SUITE 201
Dover, DE 19904

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
A. Sheila Oretsky, Esq.
333 S.E. 2nd Ave
Suite 4400
Miami, Florida 33131
(305) 579-0535

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Maria Bobe

Date: March 17, 2025

*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

☐ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

☐ I returned the summons unexecuted because ______________________ ; or

☐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: