**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

Case No. 6:25-cv-00424-CEM-UAM

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Kristin N. Murphy, Esquire, moves for special admission to represent Defendant Abacus Global Management Inc. in this action.

I am not a member in good standing of the Florida Bar.

I am a member in good standing of a United States District Court; specifically The Central, Northern, and Southern Districts of California, as well as the District of Colorado.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not initially appeared in any state or federal cases in Florida in the last thirty-six months.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**Local Rule 3.01(g) Certification**

I have conferred with the opposing party and represent that the opposing party does not oppose my special admission.

Dated: April 8, 2025

Respectfully submitted,

Kristin N. Murphy
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

Email: kristin.murphy@lw.com

*Counsel for Abacus Life, Inc. n/k/a*
*Abacus Global Management, Inc.*