**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br>v.<br><br>ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 6:25-cv-00424-CEM-UAM |

## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2025, I caused a true and correct copy of the sealed version of Defendant's Answer and Affirmative Defenses to Plaintiff's Complaint; Demand for Jury Trial (Dkt. No. 20) to be served by electronic mail on the following counsel of record:

Sheila Oretsky, Esq.
James J. Diamond, Esq.
Maria R. Santangelo, Esq.
GREENBERG TRAURIG, P.A.
333 S.E. 2nd Avenue, Suite 4400, Miami, Florida 33131
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
diamondj@gtlaw.com
maria.santangelo@gtlaw.com
flservice@gtlaw.com

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC*

Dated: April 9, 2025

Respectfully submitted,

*/s/ Lydia Franzek*
Lydia Franzek
FL Bar No. 1056084
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: lydia.franzek@lw.com

Kristin N. Murphy (*pro hac vice*)
Natasha Pardawala *(pro hac vice)*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: kristin.murphy@lw.com
Email: natasha.pardawala@lw.com

*Counsel for Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*