**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant,

Case No. 6:25-cv-00424-CEM-UAM

---

**NOTICE OF APPEARANCE**

Please take notice that Martin B. Goldberg, Esq. of LashGoldberg enters his appearance as counsel for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc. All future correspondence, pleadings, and other papers in this matter directed to Defendant should be served on Martin B. Goldberg, Esq., mgoldberg@lashgoldberg.com at LashGoldberg, Weston Corporate Center I, 2500 Weston Rd., Ste. 220, Fort Lauderdale, Florida 33331.

Dated: May 16, 2025.

Respectfully submitted,

**LASHGOLDBERG**
Lash Goldberg Fineberg LLP
Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
Tel: (954) 384-2500
Fax: (954) 384-2510

*/s/ Martin B. Goldberg*
**MARTIN B. GOLDBERG**
Florida Bar No. 0827029
mgoldbedrg@lashgoldberg.com
rdiaz@lashgoldberg.com
**LAUREN Z. ALEXANDER**
Florida Bar No. 58044
lalexander@lashgoldberg.com
chernandez@lashgoldberg.com
**ANDREA PICCO**
Florida Bar No. 1011573
apicco@lashgoldberg.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 16, 2025, a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system to be served in accordance therewith on counsel who recieve CM/ECF notifications in this case.

*/s/ Martin B. Goldberg*
**Martin B. Goldberg**



LashGoldberg
LASHGOLDBERG.COM
MIAMI 100 SE 2nd St., Ste.1200 • Miami, FL, 33131• Tel: 305.347.4040 • Fax: 305.347.4050
FT. LAUDERDALE 2500 Weston Rd., Ste. 220 • Weston, FL, 33331 • Tel: 954.384.2500 • Fax: 954.384.2510
TAMPA 142 West Platt St., Ste.118 • Tampa, FL, 33606 • Tel: 813.284.4002