UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

6:25-cv-00424-CEM-UAM

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant,

_____________________________________ /

## Uniform Case Management Report

The goal of this case management report is to "secure the just, speedy, and inexpensive determination of" the action. *See* Fed. R. Civ. P. 1. Under Local Rule 3.02(a)(2), this case management report should be used in all civil cases except those described in Local Rule 3.02(d). Individual judges may have additional case management preferences that can be found under each judge's name on the Court's website, flmd.uscourts.gov/judges/all.

### 1. Date and Attendees

The parties may conduct the planning conference "in person, by telephone, or by comparable means[.]" *See* Local Rule 3.02(a)(1).

The parties conducted the planning conference on 4/29/2025. Jennifer Junger, Esq., and Maria Santangelo, Esq. attended on behalf of Plaintiff. Natasha Pardawala, Esq. attended on behalf of Defendant.

### 2. Deadlines and Dates

The parties request these deadlines and dates:

| Action or Event | Date |
|---|---|
| Deadline for providing mandatory initial disclosures. *See* Fed. R. Civ. P. 26(a)(1). | 6/20/2025 |
| Deadline for moving to join a party, *see* Fed. R. Civ. P. 14, 19, and 20, or amend the pleadings, *see* Fed. R. Civ. P. 15(a). | 7/11/2025 |
| Deadline for serving expert disclosures under Rule 26(a)(2), including any report required by Rule 26(a)(2)(B). | |
| Plaintiff | 4/10/2026 |
| Defendant | 5/8/2026 |
| Rebuttal | 6/5/2026 |
| Deadline for completing discovery and filing any motion to compel discovery. *See* Fed. R. Civ. P. 37; *Middle District Discovery* (2021). | 7/17/2026 |
| Deadline for moving for class certification, if applicable. *See* Fed. R. Civ. P. 23(c). | n/a |
| Deadline for filing any dispositive and *Daubert* motion. *See* Fed. R. Civ. P. 56. (Must be at least five months before requested trial date.) | 8/19/2026 |
| Deadline for participating in mediation. *See* Local Rules, ch. 4.<br>Pamela Perry<br>1501 Venera Avenue, Suite 300<br>Coral Gables, FL 33146 | 7/16/2026 |
| Date of the final pretrial meeting. *See* Local Rule 3.06(a). | 12/14/2026 |
| Deadline for filing the joint final pretrial statement, any motion in limine, proposed jury instructions, and verdict form. *See* Local Rule 3.06(b). (Must be at least seven days before the final pretrial conference.) | 1/15/2027 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); Local Rule 3.06(b). | 1/29/2027 |
| Month and year of the trial term. | 2/8/2027 |

The trial will last approximately 3-4 days and be

☐ jury.

☒ non-jury.

## 3. Description of the Action

RiverRock and Abacus entered into a Confidentiality Agreement effective as of September 5, 2023 under which RiverRock provided Abacus with certain confidential business information ("Confidentiality Agreement"). RiverRock's Complaint alleges that Abacus breached the Confidentiality Agreement when it posted certain of RiverRock's confidential information on its public facing website at abacuslife.com. RiverRock alleges that the information was publicly posted for approximately 36 hours and during that time, a reporter saw the information posted on the website and published an article that further disseminated the confidential information. RiverRock alleges that it was damaged as a result of this breach.

Abacus contends that RiverRock did not suffer damages as a result of the purported breach, that the alleged damages are speculative, that RiverRock's business suffered due to market factors and other extraneous factors outside of Abacus' control, and that RiverRock failed to mitigate its damages.

## 4. Disclosure Statement

☒ Each party has filed a disclosure statement using the required form.

## 5. Related Action

☒ The parties acknowledge their continuing duty under Local Rule 1.07(c) to notify the judge of a related action pending in the Middle District or elsewhere by filing a "Notice of a Related Action." No notice need be filed if there are no related actions as defined by the rule.

## 6. Consent to a Magistrate Judge

> "A United States magistrate judge in the Middle District can exercise the maximum authority and perform any duty permitted by the Constitution and other laws of the United States." Local Rule 1.02(a). With the parties' consent, a district judge can refer any civil matter to a magistrate judge for any or all proceedings, including a non-jury or jury trial. 28 U.S.C. § 636(c).

The Court asks the parties and counsel to consider the benefits to the parties and the Court of consenting to proceed before a magistrate judge. Consent can provide the parties certainty and flexibility in scheduling. Consent is voluntary, and a party for any reason can decide not to consent and continue before the district judge without adverse consequences. *See* Fed. R. Civ. P. 73(b)(2).

☐ The parties do consent and file with this case management report a completed Form AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," which is available on the Court's website under "Forms."

☒ The parties do not consent.

The parties may consent at a later date to having certain motions heard by the Magistrate Judge on a case-by-case basis.

**7. Preliminary Pretrial Conference**

☒ The parties do not request a preliminary pretrial conference before the Court enters a scheduling order.

☐ The parties do request a preliminary pretrial conference, and the parties want to discuss enter discussion points.

**8. Discovery Practice**

The parties should read the Middle District Discovery Handbook, available on the Court's website at flmd.uscourts.gov/civil-discovery-handbook, to understand discovery practice in this District.

☒ The parties confirm they will comply with their duty to confer with the opposing party in a good faith effort to resolve any discovery dispute before filing a motion. *See* Local Rule 3.01(g); *Middle District Discovery* (2021) at § I.A.2.

**9. Discovery Plan**

The parties submit the following discovery plan under Rule 26(f)(2):

A. The parties agree to the timing, form, or requirement for disclosures under Rule 26(a):

☒ Yes.
☐ No; instead, the parties agree to these changes: enter changes.

B. Discovery may be needed on these subjects: Plaintiff's allegations and Defendant's defenses thereto.

C. Discovery should be conducted in phases:

☒ No.
☐ Yes; describe the suggested phases.

D. Are there issues about disclosure, discovery, or preservation of electronically stored information?

☒ No.
☐ Yes; describe the issue(s).

E. ☒ The parties have considered privilege and work-product issues, including whether to ask the Court to include any agreement in an order under Federal Rule of Evidence 502(d).

F. The parties stipulate to changes to the limitations on discovery imposed under the Federal Rules of Civil Procedure and Local Rule 3.04 or other limitations:

☒ No.
☐ Yes; describe the stipulation.

**10. Request for Special Handling**

☒ The parties do not request special handling.

☐ The parties request special handling. Specifically, describe requested special handling.

☐ Enter party's name unilaterally requests special handling. Specifically, describe requested special handling.

**11. Certification of familiarity with the Local Rules**

☒ The parties certify that they have read and are familiar with the Court's Local Rules.

**12. Signatures**

| | |
|---|---|
| **GREENBERG TRAURIG, P.A.**<br>333 S.E. 2nd Avenue, Suite 4400<br>Miami, FL 33131<br>Telephone: 305-579-0500<br>Facsimile: 305-579-0717<br><br>***/s/ A. Sheila Oretsky***<br>**A. Sheila Oretsky**<br>Florida Bar No. 31365<br>sheila.oretsky@gtlaw.com<br>raquel.acuna@gtlaw.com<br>**Jennifer Junger, Esq.**<br>Florida Bar No. 125853<br>jungerj@gtlaw.com<br>fernandezfe@gtlaw.com<br>**James J. Diamond, Esq.**<br>Florida Bar No. 0117678<br>diamondj@gtlaw.com<br>**Maria R. Santangelo, Esq.**<br>Florida Bar No. 1049930<br>maria.santangelo@gtlaw.com<br><br>*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC* | **LASHGOLDBERG**<br>100 Southeast 2nd Street, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 347-4040<br>Facsimile: (305) 347-4050<br><br>By: ***/s/ Lauren Z. Alexander***<br>**Lauren Z. Alexander, Esq.**<br>Florida Bar No. 58044<br>lalexander@lashgoldberg.com<br>**Martin Goldberg, Esq.**<br>Florida Bar No. 827029<br>mgoldberg@lashgoldberg.com<br>**Andrea Picco, Esq.**<br>Florida Bar No. 1011573<br>apicco@lashgoldberg.com<br><br>*Attorneys for Abacus Life, Inc. n/k/a Abacus Global Management, Inc.* |

Dated: May 19, 2025.