**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

Case No. 6:25-cv-00424-CEM-UAM

**UNOPPOSED MOTION TO WITHDRAW**

Kristin N. Murphy of Latham & Watkins LLP, proceeding under Local Rule 2.02(c), moves to withdraw from representing Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc. ("Defendant") in this action.

On May 16, 2025, Martin B. Goldberg and Lauren Z. Alexander of Lash Goldberg Fineberg LLP entered their appearance as new counsel of record for Defendant in this action. *See* Dkts. 24 and 25.

I certify that Defendant has terminated my firm's representation and consents to my withdrawal.

The withdrawal will not result in a person proceeding pro se. Defendant will continue to be represented by Martin B. Goldberg and Lauren Z. Alexander of Lash

Goldberg Fineberg LLP.

The withdrawal will not result in a continuance of a trial.

**LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for Defendant has conferred with the opposing party and represent the opposing party is not opposed to my withdrawal.

Dated: May 19, 2025

Respectfully submitted,

*/s/ Kristin N. Murphy*

Kristin N. Murphy (*admitted pro hac vice*)
Natasha Pardawala *(admitted pro hac vice)*
LATHAM & WATKINS LLP
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Facsimile: (714) 755-8290
Email: kristin.murphy@lw.com
Email: natasha.pardawala@lw.com

Lydia Franzek
FL Bar No. 1056084
LATHAM & WATKINS LLP
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Facsimile: (212) 751-4864
Email: lydia.franzek@lw.com

*Counsel for Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2025, a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system to be served in accordance therewith on counsel who receive CM/ECF notifications in this case.

*/s/ Kristin N. Murphy*
Kristin N. Murphy