**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant,

Case No. 6:25-cv-00424-CEM-UAM

---

**DEFENDANT'S NOTICE OF LEAD COUNSEL DESIGNATION**

Please take notice that, pursuant to Local Rule 2.02(a), Lauren Z. Alexander, Esq., of Lash Goldberg Fineberg LLP will serve as lead counsel and attorney in charge for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc. in the above-captioned matter. Mrs. Alexander's Notice of Appearance has been filed [DE 24].

Dated: May 20, 2025.

Respectfully submitted,

**LASHGOLDBERG**
Lash Goldberg Fineberg LLP
Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
Tel: (954) 384-2500
Fax: (954) 384-2510

*/s/ Lauren Z. Alexander*
**LAUREN Z. ALEXANDER**
Florida Bar No. 58044
lalexander@lashgoldberg.com
chernandez@lashgoldberg.com
**MARTIN B. GOLDBERG**
Florida Bar No. 0827029
mgoldbedrg@lashgoldberg.com
rdiaz@lashgoldberg.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 20, 2025, a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system to be served in accordance therewith on counsel who recieve CM/ECF notifications in this case.

*/s/ Lauren Z. Alexander*
**Lauren Z. Alexander**