UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant,

Case No. 6:25-cv-00424-CEM-NWH

**UNOPPOSED MOTION TO WITHDRAW**

Lauren Z. Alexander, Esq. of Lash Goldberg Fineberg LLP, proceeding under Local Rule 2.02(c), moves to withdraw from representing Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc. ("Defendant") in this action.

I certify that Defendant consents to the withdrawal.

The withdrawal will not result in a person proceeding pro se. Defendant will continue to be represented by Quinn Emanuel Urquhart & Sullivan, LLP.

Th withdrawal will not result in a continuance of a trial.

**LOCAL RUL 3.01(g) CERTIFICATIION**

Counsel for Defendant has conferred with the opposing party and represent the opposing party is not opposed to my withdrawal.

Dated: August 11, 2025.

Respectfully submitted,

**LASHGOLDBERG**
Lash Goldberg Fineberg LLP
Weston Corporate Center I
2500 Weston Rd., Ste. 220
Fort Lauderdale, Florida 33331
Tel: (954) 384-2500
Fax: (954) 384-2510

*/s/ Lauren Z. Alexander*
**MARTIN B. GOLDBERG**
Florida Bar No. 0827029
mgoldbedrg@lashgoldberg.com
**LAUREN Z. ALEXANDER**
Florida Bar No. 58044
lalexander@lashgoldberg.com
**ANDREA PICCO**
Florida Bar No. 1011573
apicco@lashgoldberg.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 11, 2025, a true and correct copy of the foregoing was electronically filed with this Court's CM/ECF system to be served in accordance therewith on counsel who recieve CM/ECF notifications in this case.

*/s/ Lauren Z. Alexander*
**Lauren Z. Alexander**