# EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

CASE NO.: 6:25-cv-00424

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant,

_____________________________________ /

**PLAINTIFF'S AMENDED RESPONSES AND OBJECTIONS TO DEFENDANT'S FIRST SET OF INTERROGATORIES**

Pursuant to Federal Rule of Civil Procedure 33, Plaintiff Renegade Capital GP, LLC, d/b/a RiverRock Funds LLC ("RiverRock" or "Plaintiff") hereby amends its answers to Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.'s ("Abacus" or "Defendant") interrogatories propounded upon Plaintiff (the "Interrogatories")[1] as follows.

**GENERAL OBJECTIONS**

Although Plaintiff's objections to Abacus' specific interrogatories are below, Plaintiff objects generally to the Interrogatories as follows:

[1] The responses set forth herein are based on Plaintiff's current knowledge. Plaintiff expressly reserves the right to withdraw, amend or supplement its responses in accordance with Rule 26(e) of the Federal Rules of Civil Procedure, to assert such additional or different responses as may be appropriate in light of further ongoing discovery and/or investigation.

RiverRock by Obra Capital in 2023-2024.

**ANSWER:** Plaintiff objects to Interrogatory No. 8 as completely irrelevant and not reasonably calculated to lead to the discovery of admissible evidence. RiverRock's potential acquisition by Obra Capital is the subject of a separate and related litigation, and Abacus is simply attempting to fish for information relevant to those proceedings, which are irrelevant to Abacus's breach and resulting damages here.

9. Identify all "Confidential Information" You allege Abacus accessed on RiverRock's "data room" and what "Confidential Information" Abacus allegedly included in the Board Deck.

**ANSWER:** RiverRock responds that based on information and belief Abacus accessed the entirety of information found in the "data room," including spreadsheets reflecting RiverRock's actual internal rate of return, Registered Retirement Income Fund draws, repayments and total balances, adjusted financials, consolidated financials, Quickbooks, consolidated statement of net assets, confidential company agreements, audits, and other financial information. The Board Deck included Confidential Information provided by RiverRock to Abacus through the "data room," including that RiverRock was going to be acquired by Abacus and RiverRock's plans post-acquisition.

10. Identify all "Confidential Information" You allege Abacus posted on its website and include who prepared that information, who provided that information to Abacus, how it was provided to Abacus, and each Individual with knowledge of that information prior to the inadvertent posting of that information to Abacus' website.

**ANSWER**: RiverRock objects that this request is vague and ambiguous as to the phrases

"who prepared that information, who provided that information to Abacus, how it was provided" because it is unclear whether Abacus is interested in the underlying data or the slide deck actually posted on the website.

Subject to the foregoing objections, and based on information and belief, RiverRock responds that the Confidential Information posted on Abacus's website is found in the Board Deck that Abacus has equal or greater access to than RiverRock. RiverRock is without sufficient knowledge regarding who prepared the Board Deck for Abacus. To the best of RiverRock's knowledge the Confidential Information that eventually made its way into the Board Deck was originally provided to Abacus by RiverRock employees, including Anthony J. Annino via the Confidential documents uploaded to the data room.

**VERIFICATION**

I declare under penalty of perjury that the foregoing answers to interrogatories are true and correct.

By: ________________________________________

Printed name: _______________________________

As: ________________________________________

STATE OF ___________) COUNTY OF __________)

The foregoing instrument was acknowledged before me this __ day of _____________ 2025, by ___________________________., who [ ] is personally known to me or [ ] produced ___________________________ (type of identification) as identification, and who took an oath contemporaneously with signing these interrogatories.

____________________________________________

Print/Type/Stamp Name:____________________

Notary Public-State of ______________________

Commission Number: