# EXHIBIT C

**From:** jungerj@gtlaw.com
**Sent:** Friday, October 3, 2025 7:41 AM
**To:** Rebecca Jin; Sheila.Oretsky@gtlaw.com; Angela.Benjamin@gtlaw.com
**Cc:** Alex Zuckerman; Kathleen Messinger
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

Rebecca,

To clarify, we had a meet and confer regarding plaintiff's interrogatory responses. We have not yet met and conferred on plaintiff's responses to requests for production. As such, this email responds to the statements in your letter regarding the interrogatories. I will wait until we are able to confer on the RFPs to appropriately respond to the letter as it relates to the RFPs. Given the Yom Kippur holiday this week and the press of other work, I have not been able to speak with our client yet.

We disagree that our interrogatory responses are insufficient. However, pursuant to our meet and confer, we agreed to discuss the following internally with our team and advise:

Interrogatory 2: As promised, I will ask our client to clarify this response. I will report back.

Interrogatory 3: To clarify, we disagree that this response is deficient. We also disagree that you do not know our damage theories. but in the spirit of cooperation, what exactly are you looking for here? Is it an exact number that you are seeking?

Interrogatory 4: We disagree that this response is deficient. During the call you asked specific questions that you wanted answered that were not asked by way of an interrogatory. For example, you asked if our client spoke to Donna Horowitz and demanded that the article be retracted. I explained that question wasn't asked, so there is no expectation that it be answered, and also that once the article was published and every single employee of ours received a copy, a retraction would not have served to mitigate damages. The cat was already out of the bag so to speak. We believe this answer is thorough.

Interrogatory 5: We disagree that this response is deficient. In the spirit of cooperation, I said I would take your request under advisement and consideration.

Interrogatory 6: Whether the reference to paragraph 24 was a typo or not, it made the request confusing such that we could not answer. We will take this under advisement. We also discussed that we need to enter into a confidentiality agreement before we can share sensitive documents and information. Our team is working on that and will circulate.

Interrogatory 7: We disagree with your comments and analysis here but will take it under advisement.

Interrogatory 8: We disagree with your comments and analysis here but will take it under advisement.

Interrogatory 9: We disagree with your comments and analysis here but will take it under advisement.

Interrogatory 10: I never said that I could not identify the Confidential Information at issue. I specifically pulled up the slide deck and identified the pages of the slide deck referencing RiverRock's Confidential Information.

I agree that given the volume of issues to discuss and that your letter was just circulated this morning, it makes sense to postpone the call so I can review the issues you raise with the RFPs. I am unavailable on Tuesday, but I am available Wednesday after 2:30 pm, anytime Thursday and Friday after 1:00 pm.

Thanks,

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Rebecca Jin <rebeccajin@quinnemanuel.com>
**Sent:** Friday, October 3, 2025 6:19 AM
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Benjamin, Angela (OfCnl-MIA-LT) <Angela.Benjamin@gtlaw.com>
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

Counsel,

Please see the attached letter regarding our September 20, 2025 Meet and Confer. Given the breadth of the issues raised by Plaintiff's responses and objections, please let us know if you would like to continue the meet and confer early next week. We are available on Tuesday 12-4pm ET.

Regards,
Rebecca

---

**From:** jungerj@gtlaw.com <jungerj@gtlaw.com>
**Sent:** Wednesday, October 1, 2025 7:55 AM
**To:** Rebecca Jin <rebeccajin@quinnemanuel.com>; Sheila.Oretsky@gtlaw.com; Angela.Benjamin@gtlaw.com
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

---

Thanks, Rebecca.

As discussed on our call yesterday, I will review and get back to you with our revisions to your proposed search terms.

**Jennifer L. Junger**
Shareholder

a. Interrogatory Nos. 7-8

Thanks,
Rebecca

---

**From:** jungerj@gtlaw.com <jungerj@gtlaw.com>
**Sent:** Thursday, September 25, 2025 6:12 AM
**To:** Rebecca Jin <rebeccajin@quinnemanuel.com>; Sheila.Oretsky@gtlaw.com; Angela.Benjamin@gtlaw.com
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** Re: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

---

Rebecca,

In advance of the call can you please advise what you wish to discuss so we can be best prepared for the call?

Thanks!

---

**From:** Rebecca Jin <rebeccajin@quinnemanuel.com>
**Sent:** Wednesday, September 24, 2025 3:28:58 PM
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Benjamin, Angela (OfCnl-MIA-LT) <Angela.Benjamin@gtlaw.com>
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

Counsel,

We are available for a meet and confer on Tuesday, September 30, at 1:00 pm ET. We will circulate a calendar invitation shortly.

Regards,
Rebecca

---

**From:** jungerj@gtlaw.com <jungerj@gtlaw.com>
**Sent:** Wednesday, September 24, 2025 7:22 AM
**To:** Rebecca Jin <rebeccajin@quinnemanuel.com>; Sheila.Oretsky@gtlaw.com; Angela.Benjamin@gtlaw.com
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

---

Rebecca,

Thank you for advising as to the status of the production and confirming that you will send search terms. Once we receive the search terms and agree on them, we will run the searches for production.

I am traveling this week but am largely available next week. Are you free on Tuesday, anytime after 10:30?

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Rebecca Jin <rebeccajin@quinnemanuel.com>
**Sent:** Tuesday, September 23, 2025 4:27 PM
**To:** Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Benjamin, Angela (OfCnl-MIA-LT) <Angela.Benjamin@gtlaw.com>
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

***EXTERNAL TO GT***

Counsel,

Thank you for sending RiverRock's responses and objections to Abacus's First Set of Interrogatories and Requests for Production. Please let us know your availability to meet and confer later this week on RiverRock's responses and objections to Abacus's interrogatories and requests for production.

We are continuing to work on making the next document production, which we anticipate will be served by mid-October. We are also preparing search terms, which we will send before the meet and confer.

Regards,
Rebecca

**Rebecca Jin**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5077 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
rebeccajin@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.