# EXHIBIT D

**From:** jungerj@gtlaw.com
**Sent:** Friday, February 13, 2026 9:53 PM
**To:** Rebecca Jin; Sheila.Oretsky@gtlaw.com; Raquel.Acuna@gtlaw.com
**Cc:** Jason Sternberg; Alex Zuckerman; Kathleen Messinger
**Subject:** RE: RiverRock v. Abacus: Defendant's February 6, 2026 Letter

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

Rebecca,

I am available for a meet and confer anytime on Thursday 2/19 or on Friday 2/20 after 11:00. Please advise if either of those times work for you.

In response to your letter, I disagree with your characterization of stalling. We had multiple meet and confers where I set forth our position and we revised our discovery to reflect those positions. I further refute your misrepresentations that I "assured" you that I would amend certain responses in exactly the way you wish. I did not make representations other than that I would take your positions under advisement. I explained multiple times that your requests are voluminous, span far beyond what is proportional to the needs of this case, and seek information that is irrelevant and fishing.

While we can certainly discuss this more on the conferral that you wish to have. I will address your questions briefly here, while reserving all rights to expand on our positions.

For the reasons explained in our meet and confer and for the objections noted in our amended responses, we will not be producing documents for RFPs 3, 13, 14, 33, 34, and 35.

Despite your representations in the letter, our amended responses do indicate production (in some instances partial production) for RFPs 5, 6, 7, 16, 24, 28, 29.

For the reasons explained in our meet and confer and for the objections noted in our amended responses, we will not be responding to Rogs 7, 8. We believe that we have adequately responded to Rogs 4, 5, 9 and 10.

We have run and are reviewing documents pursuant to the search terms as circulated on October 9. I don't believe that you specifically objected to those terms.

If you have any caselaw that you would like me to review to support your positions, please send it to me and I would be happy to review and potentially reconsider.

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

**From:** Rebecca Jin <rebeccajin@quinnemanuel.com>
**Sent:** Friday, February 6, 2026 11:59 PM
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Acuna, Raquel (LSS-MIA-LT) <Raquel.Acuna@gtlaw.com>; MIALitDock <MIALitDock@gtlaw.com>
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RiverRock v. Abacus: Defendant's February 6, 2026 Letter

***EXTERNAL TO GT***

Counsel,

Attached, please find Defendant's February 6, 2026 Letter.

Regards,
Rebecca

**Rebecca Jin**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5077 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
rebeccajin@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.