# EXHIBIT H

**From:** Rebecca Jin
**Sent:** Tuesday, February 24, 2026 9:35 AM
**To:** 'jungerj@gtlaw.com'; Sheila.Oretsky@gtlaw.com; Raquel.Acuna@gtlaw.com
**Cc:** Jason Sternberg; Alex Zuckerman; Kathleen Messinger
**Subject:** RiverRock v. Abacus: February 19, 2026 Meet and Confer

Counsel,

We write to memorialize the parties' meet and confer that took place on Thursday, February 19, 2026.

First, you confirmed your position that, as stated in your February 13 email, you will not be producing documents responsive to Abacus's Requests For Production ("RFP") Nos. 3, 13, 14, 33, 34, and 35; you will not be responding to Abacus's Interrogatory Nos. 7 and 8; and you believe you have adequately responded to Abacus's Interrogatory Nos. 4, 5, 9, and 10. As such, we are at an impasse with respect to these particular RFPs and Interrogatories.

Second, in your February 13 email, you indicated that you agreed to at least a partial production for RFP No. 7, which seeks "[d]ocuments ***underlying or supporting*** the financial data and information in the RiverRock . . . Valuation Model dated September 30, 2023." As written, RiverRock agreed to "produce the business and financial information that was provided to Abacus in connection with the potential Business Transaction," based on mutually agreed-upon search terms. Despite several meet and confers and explanatory letters, you still expressed confusion about what "underlying or supporting financial data and information" means. We explained again that responsive documents would include the information relied upon in creating the Valuation Model. We further explained that search terms—several of which remain at issue because you unilaterally and baselessly struck them (*see, e.g.*, your striking of search terms related to Obra and valuations dated 2020-2022, per the October 9, 2025 J. Junger email)—are inadequate where, as here, RiverRock is uniquely positioned to know what documents it relied on in creating the Model it sent to Abacus. You also stated that you would not represent that Abacus would receive in production "every single financial document created for that valuation." Therefore, as you agreed, we are at an impasse as to Abacus's RFP No. 7.

Regards,
Rebecca

**Rebecca Jin**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5077 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
rebeccajin@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.