**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v. Case No. 6:25-cv-00424-CEM-NWH

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S FIRST AND SECOND SHORT FORM MOTIONS TO COMPEL (ECF NO. 47 and ECF NO. 48)**

Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC ("RiverRock" or "Plaintiff"), by and through its undersigned counsel, hereby moves for an extension of Time to respond in opposition to Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc's ("Abacus" or "Defendant") First Short Form Motion to Compel Plaintiff's Production of Documents and Further Responses to Interrogatories [ECF No. 47] and Second Short Form Motion to Compel Plaintiff's Production of Documents [ECF No. 48], and as grounds states the following:

1. Defendant filed its First and Second Motion to Compel ("Motions") against RiverRock on March 19, 2026. *See* [ECF Nos. 47 and 48].

2. Pursuant to the Order on Discovery Motions entered in this case [ECF No. 37], RiverRock's responses are due no later than five days after the Motion is filed, which is on March 24, 2026.

3. The motions are opposed; however, Plaintiff requires additional time to prepare and file a response.

4. The undersigned previously advised counsel for Abacus that she would be on vacation through March 26, 2026. Notwithstanding this notice, counsel for Abacus proceeded to file the motions during her pre-planned vacation. With a five-day response deadline, the deadline for Plaintiff's opposition falls on March 24, 2026, which is during the undersigned's scheduled absence.

5. Counsel for Defendant advised via email that it would not wait on filing the motions but agreed that "We can then discuss a mutually agreeable briefing schedule so as not to disrupt your vacation."

6. Upon returning, the undersigned has multiple hearings requiring immediate attention. Accordingly, Plaintiff respectfully requests an additional seven (7) day enlargement, up to and including April 2, 2026, to respond to the Motions. Defendant's counsel does not oppose the relief sought.

7. The requested enlargement is made in good faith and not for purposes of delay. It does not impact any deadlines for trial or dispositive motions.

## LOCAL RULE 3.01(G) CERTIFICATION

Undersigned counsel hereby certifies that on March 20, 2026, prior to filing this motion, Jennifer Junger, Esq. conferred in good faith with counsel for Defendant, Alex

Zuckerman Esq., and is authorized to represent to the Court that Defendant does not oppose the relief sought in this motion.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

By: */s/ Jennifer Junger*
A. SHEILA ORETSKY
*Lead Counsel*
Florida Bar No. 31365
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
JENNIFER JUNGER
Florida Bar No. 125853
jungerj@gtlaw.com
fernandezfe@gtlaw.com
JAMES J. DIAMOND
Florida Bar No. 0117678
diamondj@gtlaw.com
MARIA R. SANTANGELO
Florida Bar No. 1049930
maria.santangelo@gtlaw.com
MiaLitDock@gtlaw.com

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2026, I electronically served the foregoing on all counsel of record identified on the below Service List by Registered E-mail.

Jason Sternberg, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
2601 S Bayshore Dr., Suite 1500
Miami, FL 33133
305-402-4880

jasonsternberg@quinnemanuel.com
alexzuckerman@quinnemanuel.com
kathleenmessinger@quinnemanuel.com
rebeccajin@quinnemanuel.com

*Attorneys for Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

By: */s/ Jennifer Junger*
JENNIFER JUNGER