**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v. Case No. 6:25-cv-00424-CEM-NWH

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

---

**MOTION TO PERMIT PLAINTIFF TO APPEAR AT THE HEARING SCHEDULED FOR APRIL 7, 2026 AT 10:15 AM VIA ZOOM**

Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC ("RiverRock" or "Plaintiff"), by and through its undersigned counsel, respectfully files this *Motion to Permit Plaintiff to Appear at the Hearing Scheduled for April 7, 2026 at 10:15 a.m. via Zoom* (the "Motion"), and as grounds states the following:

1. On March 19, 2026, Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc., filed its (1) *First Short Form Motion to Compel Plaintiff's Production of Documents, and Further Responses to Interrogatories* and (2) *Second Short Form Motion to Compel Plaintiff's Production of Documents* ("Motions") against RiverRock. *See* [ECF Nos. 47 and 48].

2. The Court has scheduled an In-Person Hearing on the Motions to Compel for April 7, 2026 at 10:15 a.m. (the "Hearing"), to take place at the George C. Young Federal Annex Courthouse, 401 West Central Boulevard, Orlando, Florida 32801.

3. Plaintiff's Counsel, A. Sheila Oretsky, Esq., and Jennifer Junger, Esq. maintain their offices in Miami, Florida.

4. Due to the distance between Miami and Orlando requiring in-person attendance in Orlando would be burdensome and would result in a significant expenditure of time and resources. Moreover, undersigned counsel has other pre-scheduled events in other cases taking place in Miami, including an in-person mediation on the same day as well as other case events immediately prior to and after April 7. As such, an in-person hearing would be logistically challenging for counsel.

5. Plaintiff's counsel respectfully requests leave to appear at the hearing via Zoom or other remote means as permitted by the Court.

6. Permitting a remote appearance will not prejudice any party and will allow the hearing to proceed efficiently. Nevertheless, counsel for Abacus objects to the relief sought in this motion.

7. WHEREFORE, Plaintiff respectfully requests that this Court enter an Order permitting Plaintiff's counsel to appear via Zoom at the April 7, 2026 hearing, and grant such further relief as the Court deems just and proper.

## LOCAL RULE 3.01(G) CERTIFICATION

Undersigned counsel hereby certifies that on March 30, 2026, prior to filing this motion, Jennifer Junger, Esq. conferred in good faith with counsel for Defendant, Alex Zuckerman Esq., and Kathleen Messinger, Esq., and they object to the relief sought herein.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

By: */s/ Jennifer Junger*
A. SHEILA ORETSKY
*Lead Counsel*
Florida Bar No. 31365
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
JENNIFER JUNGER
Florida Bar No. 125853
jungerj@gtlaw.com
fernandezfe@gtlaw.com

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2026, I electronically served the foregoing on all counsel of record identified on the below Service List by Registered E-mail.

Jason Sternberg, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
2601 S Bayshore Dr., Suite 1500
Miami, FL 33133
305-402-4880
jasonsternberg@quinnemanuel.com

alexzuckerman@quinnemanuel.com
kathleenmessinger@quinnemanuel.com
rebeccajin@quinnemanuel.com

*Attorneys for Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

By: */s/ Jennifer Junger*
JENNIFER JUNGER