**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 6:25-cv-00424-CEM-NWH |

**JOINT MOTION TO RESCHEDULE THE HEARING**
**SCHEDULED FOR APRIL 7, 2026 AT 10:15 A.M.**

Pursuant to the Honorable Magistrate Judge Nathan W. Hill's Endorsed Order denying Plaintiff's Motion to Permit Plaintiff to Appear at the Hearing Scheduled for April 7, 2026 at 10:15 a.m. via Zoom (ECF No. 53), the parties respectfully submit this Joint Motion to propose the following agreed upon dates and times to reschedule the in-person hearing:

- April 15, 2026, between 9 a.m. and 5 p.m.[1];
- April 20, 2026, between 11 a.m. and 5 p.m., or at the Court's convenience; and

[1] Due to prior engagements, counsel for Defendant has a preference for April 15, 2026, but of course defers to the Court's preference and availability.

- April 21, 2026, between 9 a.m. and 5 p.m.[2]

In support, the parties state as follows:

1. On March 19, 2026, Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc., filed its (1) First Short Form Motion to Compel Plaintiff's Production of Documents, and Further Responses to Interrogatories and (2) Second Short Form Motion to Compel Plaintiff's Production of Documents (together, the "Motions to Compel") against Plaintiff. *See* ECF Nos. 47 and 48.

2. On March 23, 2026, this Court scheduled an In-Person Hearing on the Motions to Compel for April 7, 2026 at 10:15 a.m. (the "Hearing"), to take place at the George C. Young Federal Annex Courthouse, 401 West Central Boulevard, Orlando, Florida 32801. *See* ECF No. 50.

3. On March 30, 2026, Plaintiff filed its Motion to Permit Plaintiff to Appear at the Hearing Scheduled for April 7, 2026 at 10:15 a.m. via Zoom (the "Motion to Appear by Zoom"). *See* ECF No. 52.

4. On March 31, 2026, this Court entered an Endorsed Order denying the Motion to Appear by Zoom and instructing the parties to file a joint motion to reschedule the in-person hearing to a date and time that is convenient for all parties. *See* ECF No. 53.

[2] Plaintiff's counsel has a preference for April 21 because counsel will already be in Orlando on that date for another matter. Accordingly, it will preserve counsel's time and client resources. But, of course, counsel defers to the Court's availability and preference.

5. After conferring, the parties have agreed that the three dates and times listed above are convenient for all parties.

Based on the foregoing, the parties respectfully ask that the Court reschedule the Hearing to one of the three agreed upon dates and times listed above.

Respectfully submitted,

DATED: April 1, 2026

/s/ *Sheila Oretsky*
(Signed by Alex Zuckerman
with permission of Sheila Oretsky
/s/ Alex Zuckerman)

**GREENBERG TRAURIG, P.A.**

Sheila Oretsky (Fla. Bar No. 31365)
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

Jennifer Junger (Fla. Bar No. 12583)
jungerj@gtlaw.com
fernandezfe@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

Maria R. Satangelo
(Fla. Bar No. 1049930)
maria.santangelo@gtlaw.com
mialitdock@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

/s/ *Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Rebecca Jin (*pro hac vice*)
rebeccajin@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

*Attorneys for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

*/s/ Alex Zuckerman*