**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v. Case No. 6:25-cv-00424-CEM-NWH

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

---

**PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT'S SECOND SHORT FORM MOTION TO COMPEL PLAINTIFF'S PRODUCTION OF DOCUMENTS[1]**

Abacus claims it doesn't possess RiverRock's Confidential Information - even though this case is premised on Abacus publicly disclosing that very information. That assertion is difficult to reconcile with Abacus's own conduct. Nevertheless, RiverRock ***agrees to produce*** the business and financial information that was provided to Abacus. *See* RFP 4.

RiverRock has not refused discovery. On the contrary, it agreed to produce responsive documents, in whole or in part, to almost all the requests cited by Abacus.

---

[1] Plaintiff's Amended Responses to Defendant's Request for Production are attached hereto as Exhibit A.

Abacus is entitled to documents which support RiverRock's damages. But Abacus is not entitled to overbroad discovery involving every conceivable financial record in existence and every discussion with any third party touching on its finances. *Palma v. Metro PCS Wireless, Inc.*, 18 F. Supp. 3d 1346, 1348 (M.D. Fla. 2014) ("This discovery is too broad and hinges on the hope of finding something—anything—relevant to this litigation."); *Kyles v. Health First, Inc.,* No. 609CV1248ORL28GJK, 2010 WL 11626712, at *5 (M.D. Fla. Sept. 27, 2010) ("the Court will not rewrite Plaintiff's patently overbroad discovery request" in a motion to compel). Abacus will receive the materials necessary to test RiverRock's damages, including all documents relied upon by RiverRock's expert.

**RFP 4**: RiverRock agreed to produce documents related to the valuation figure in the draft letter of intent because that figure is directly relevant to its damages theory. Requiring production of all documents "relating to" the draft LOI, however, is not proportional.

**RFP 5, 7**: RiverRock agreed to produce "the business and financial information that was provided to Abacus." But documents "relating to" or "underlying" all those records is impermissibly vague and overbroad. *Kyles,* 2010 WL 11626712, at *6 ("Discovery requests which contain omnibus terms such as "relating to" are overly broad and unduly burdensome because "such broad language make[s] arduous the task of deciding which of [the] numerous documents may conceivably fall within its scope."); *TIC Park Ctr. 9, LLC v. Cabot*, No. 16-24569-CIV, 2017 WL 3034547, at *5

(S.D. Fla. July 18, 2017) ("these document requests use the terms 'relate to' or 'concerning' in a way that makes the requests overbroad, vague, and ambiguous.")

**RFP 6, 8, 16**: RiverRock agrees to produce. Accordingly, it does not understand Abacus' reference to these requests.

**RFP 28**: This request seeks all documents "related to RiverRock's financial performance" over a five-year period. This is overbroad and not proportional. *See id*. The board deck contemplated a valuation that the parties agreed to at that time. RiverRock agreed to produce "the business and financial information that was provided to Abacus in connection with the potential Business Transaction and all financial documents that support RiverRock's damages." This allows Abacus to test RiverRock's damages and prepare its expert accordingly without a wholesale audit of RiverRock's business.

**RFP 29**: This request seeks all documents "relating to or supporting" RiverRock's valuation and acquisition price over a five-year period. RiverRock incorporates its response to RFP 28 *supra*.

**RFP 13, 14, 24, 33-35**: *See* Opposition to First Short Form Motion, incorporated here by reference.

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

By: */s/ Jennifer Junger*
A. SHEILA ORETSKY
*Lead Counsel*

Florida Bar No. 31365
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
JENNIFER JUNGER
Florida Bar No. 125853
jungerj@gtlaw.com
fernandezfe@gtlaw.com

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 2, 2026, I electronically served the foregoing on all counsel of record identified on the below Service List by Registered E-mail.

Jason Sternberg, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
2601 S Bayshore Dr., Suite 1500
Miami, FL 33133
305-402-4880
jasonsternberg@quinnemanuel.com
alexzuckerman@quinnemanuel.com
kathleenmessinger@quinnemanuel.com
rebeccajin@quinnemanuel.com

*Attorneys for Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

By: */s/ Jennifer Junger*
JENNIFER JUNGER