**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware Limited Liability Company,

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

Case No. 6:25-cv-00424-CEM-NWH

**DEFENDANT'S UNOPPOSED MOTION FOR ORDER PERMITTING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**

Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc. in the above-captioned action respectfully moves this Court for an order permitting Defendant's counsel to bring into Court certain computer and technological devices during the hearing on Defendant's First Motion to Compel Plaintiff's Production of Documents and Further Responses to Interrogatories and Second Motion to Compel Plaintiff's Production of Documents scheduled for April 15, 2026 at 2:00 p.m. (the "Hearing").

Defendant's counsel believes the Hearing may require the use of personal electronic devices such as laptop computers, iPads or tablets, and cell phones, and understands that the aforementioned items will be subject to examination for security purposes along with all other materials brought into the courthouse. Defendant's counsel respectfully requests that the following counsel be permitted to bring the listed electronic devices to the Hearing:

| **Attorney / Party** | **Devices** |
|---|---|
| Alex Zuckerman | 1 laptop and/or 1 tablet and/or 1 cell phone |
| Kathleen S. Messinger | 1 laptop and 1 cell phone |

## CONCLUSION

Defendant respectfully requests that this Court enter an order permitting Defendant's counsel to bring the aforementioned equipment into the courtroom for use during the Hearing.

## CERTIFICATE OF CONFERRAL

On April 8, 2026, Counsel for Defendant sought agreement to file this motion. Plaintiff's counsel responded and does not object.

DATED: April 8, 2026

*/s/ Alex Zuckerman*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason D. Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

Rebecca Jin (*pro hac vice*)
Rebeccajin@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
(650) 801-5000

*Attorneys for Defendant Abacus Life, Inc.*
*n/k/a Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 8, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Alex Zuckerman*
Alex Zuckerman