UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RENEGADE CAPITAL GP LLC,

Plaintiff,

v. Case No.: 6:25-cv-00424-CEM-NWH

ABACUS LIFE, INC,

Defendant,
_______________________________/

**ORDER**

This cause comes before the Court on Defendant's Motion to Permit Counsel to Bring Personal Electronic Devices to the Hearing on April 15, 2026 (the "Motion"). (Doc. 58). The Motion is **GRANTED**.

Defendant's counsel, Alex Zuckerman, Esq. and Kathleen S. Messinger, Esq., are each permitted to bring (1) one laptop or tablet computer, and (2) one cellular telephone into the courthouse on April 15, 2026.

All electronic devices carried beyond the courthouse security checkpoint are subject to inspection and search; they shall remain on silent mode while in the courthouse; they may not be shared with anyone; and they may not be used in a manner that disrupts any judicial proceeding.

Mr. Zuckerman and Ms. Messinger shall present a copy of this Order to security personnel each time they enter the Courthouse with such equipment. In their

discretion, courthouse security personnel may require them to present picture identification at the time of entry.

**DONE and ORDERED** in Orlando, Florida on April 9, 2026.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE