**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

Case No.: 6:25-cv-00424-CEM-NWH

**JOINT NOTICE REGARDING HEARING ON DISCOVERY MOTIONS**

Pursuant to Order 9 of the Standing Order of Judge Hill Regarding Discovery Motions, Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC ("RiverRock" or "Plaintiff") and Defendant Abacus Global Management, Inc. ("Abacus" or "Defendant") file this Joint Notice certifying ongoing conferral regarding (1) Defendant's First Short Form Motion to Compel Plaintiff's Production of Documents and Further Responses to Interrogatories, *see* ECF No. 47; and (2) Defendant's Second Short Form Motion to Compel Plaintiff's Production of Documents, *see* ECF No. 48 (together, the "Motions"). The Motions are scheduled to be heard on April 15, 2026, at 2:00 PM (the "Hearing"). *See* ECF No. 55.

The Parties further conferred on April 1 and April 6, 2026 and have reached a tentative agreement relating to Defendant's Requests for Production ("RFPs") 4, 8, 13, 14, 28, 29, and 35. *See* Ex. A at 1-3 (email thread between the parties); *see also* Ex. B (letter from Defendant to Plaintiff memorializing April 1 and April 6 meet and confers, attached to April 7 email in Exhibit A). Accordingly, there is presently no need for this Court to address those RFPs at the Hearing. Defendant reserves the right to petition the Court for a hearing related to those RFPs at a later date. The Parties were unable to resolve discovery disputes relating to Defendant's Interrogatories 9 and 10, and Defendant's RFPs 3, 5, 6, 7, 33, and 34. *See* Ex. A at 1-3.

Respectfully submitted,

DATED: April 13, 2026

/s/ *Jennifer Junger*
(Signed by Alex Zuckerman
with permission of Jennifer Junger
/s/ Alex Zuckerman)

**GREENBERG TRAURIG, P.A.**

Sheila Oretsky (Fla. Bar No. 31365)
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

Jennifer Junger (Fla. Bar No. 12583)
jungerj@gtlaw.com
fernandezfe@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

Maria R. Satangelo
(Fla. Bar No. 1049930)
maria.santangelo@gtlaw.com
mialitdock@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

/s/ *Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Rebecca Jin (*pro hac vice*)
rebeccajin@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

*Attorneys for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 13, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

*/s/ Alex Zuckerman*