**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**RENEGADE CAPITAL GP, LLC,**

**Plaintiffs,**

**v.**

**Case No. 6:25-cv-424-CEM-NWH**

**ABACUS LIFE, INC.**

**Defendant.**

| | | | |
|---|---|---|---|
| **United States Magistrate Judge:** | **NATHAN W. HILL** | **Courtroom:** | **4D** |
| **Deputy Clerk:** | J. Reyes | **Counsel for Plaintiff:** | Araizu Sheila Oretsky<br>Jennifer Junger |
| **Audio Recording:** | Heather Suarez<br>heather@stenosuarez.com | **Counsel for Defendant:** | Alex Stone Zuckerman<br>Kathleen S. Messinger |
| **Date/Time:**<br><br>**Total Time:** | April 15, 2026<br>2:00 P.M.-3:25 P.M.<br>1 hour and 25 minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING (Doc 47, 48)**

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced motion as stated on the record.
Plaintiff Exhibit 1 and 2 identified. No objection from defense. Exhibit 1 and 2 and admitted under seal.
Order on motions to enter.
Court adjourned**.**