UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

# EXHIBIT LIST

___ Government X Plaintiff ___ Defendant ___ Court

**Case No.** 6:25-cv-424-CEM-NWH
**Style:** Renegade capital GP, LLC v. ABACUS LIFE, INC.

| Exhibit No. | Date Identified | Date Admitted | Sponsoring Witnesses | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 4/15/26 | → | Junger | N/A | Board Deck confi |
| 2 | 4/15/26 | → | Junger | N/A | Email Attachs VGI-Confi |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.