**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**RENEGADE CAPITAL GP LLC,**

**Plaintiff,**

**v.** **Case No.: 6:25-cv-424-CEM-NWH**

**ABACUS LIFE, INC,**

**Defendant.**

# ORDER

This cause comes before the Court on Defendant Abacus Life, Inc.'s First Motion to Compel Plaintiff's Production of Documents and Further Responses to Interrogatories (Doc. 47, the "First Motion") and Second Motion to Compel Plaintiff's Production Documents (Doc. 48, the "Second Motion") (collectively, the "Motions"). Plaintiff Renegade Capital GP LLC filed Responses in opposition to the Motions (Docs. 56 and 57, respectively).

The Court held a hearing on the Motions on April 15, 2026. (Doc. 62). Prior to the hearing, the Parties filed a Joint Notice indicating that they had resolved several issues; however, Interrogatories 9 and 10 and Defendant's RFPs 3, 5, 6, 7, 33, and 34 remained in dispute.

For the reasons set forth on the record, it is hereby **ORDERED** that Defendant's Motions (Docs. 47 and 48) are **GRANTED in part and DENIED in part** as follows:

1. As to RFP 3, the Motions are **GRANTED in part and DENIED in part.** Plaintiff's objections are **overruled** to the extent that Defendant seeks: (1) the platform and web address used for the data room, (2) all Documents that were added to the data room and what date and time they were added, including but not limited to those identified in Paragraph 24 of the Complaint, (3) the security measures that were in place to protect the data room, and (4) any logs or evidence of who accessed each document in the data room, including the data and time of access and whether such document was viewed or downloaded. To the extent Defendant seeks "[a]ll Documents and Communications related to the 'data room' created by RiverRock," Plaintiff's objections are **sustained** as discussed at the hearing.
2. As to RFPs 5, 6, and 7, the First Motion is **GRANTED in part and DENIED in part**. Plaintiff's objections are **overruled** to the extent that Defendant seeks either categories of, or specific documents and communications related to, RiverRock's business and financial information that were provided to Abacus in connection with the potential Business Transaction and the RiverRock Funds LLC Valuation Model dated September 30, 2023 that Plaintiff sent to Abacus, as well as categories of or specific documents underlying or supporting the financial data and information in the RiverRock Funds LLC Valuation Model dated September 30, 2023 that Plaintiff sent to Abacus. Plaintiff's objections are otherwise **sustained** as discussed at the hearing.

3. As to RFPs 33 and 34, the Motions are **DENIED without prejudice.** The Parties are directed to **CONFER** in a good faith effort to resolve this dispute.

4. In all other respects, the Motions are **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on April 16, 2026.

NATHAN W. HILL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record