**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

Civ. Action No. 6:25-cv-00424

v.

ABACUS LIFE, INC. N/K/A ABACUS GLOBAL MANAGEMENT, INC., A DELAWARE CORPORATION,

Defendant.
_______________________________________/

**UNOPPOSED MOTION TO WITHDRAW**

James J. Diamond, Esq. of Greenberg Traurig, P.A. ("GT") pursuant to Local Rule 2.02(c), moves to withdraw from representing Renegade Capital GP, LLC d/b/a RiverRock Funds LLC ("RiverRock" or "Plaintiff"), in this action.

I certify that RiverRock, consents to the withdrawal. The withdrawal will not result in a person proceeding pro se. GT attorneys A. Sheila Oretsky and Jennifer Junger, will remain as counsel for RiverRock. The withdrawal will not result in a continuance of a trial.

**WHEREFORE**, James J. Diamond, Esq. respectfully requests the entry of an order permitting him to withdraw as counsel for RiverRock, absolving him of any further duties or responsibilities in representing RiverRock in this lawsuit, removing

him from the CM/ECF roster in this case, and affording any other just and proper relief.

**LOCAL RULE 3.01(g) CERTIFICATE**

The undersigned has conferred with counsel for Defendant who advised that Defendant is not opposed to my withdrawal.

Dated: April 23, 2026

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

*By: /s/ James J. Diamond*
A. SHEILA ORETSKY
*Lead Counsel*
Florida Bar No. 31365
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
JENNIFER JUNGER
Florida Bar No. 125853
jungerj@gtlaw.com
fernandezfe@gtlaw.com
JAMES J. DIAMOND
Florida Bar No. 0117678
diamondj@gtlaw.com
MiaLitDock@gtlaw.com

*Attorney for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of April, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ James J. Diamond*
JAMES J. DIAMOND