**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

Case No.: 6:25-cv-00424-CEM-NWH

## JOINT MOTION TO EXTEND THE SCHEDULING ORDER DEADLINES

The parties, by and through their undersigned counsel, hereby move to extend the Case Management and Scheduling Order, *see* ECF No. 33, and as grounds state the following:

1. On March 11, 2025, Plaintiff filed its redacted Complaint. ECF No. 1.

2. On April 8, 2025, Defendant filed its redacted Answer and Affirmative Defenses. ECF No. 13.

3. On May 19, 2026, the parties submitted a Uniform Case Management Report. ECF No. 26.

4. On May 23, 2026, this Court entered the Case Management and Scheduling Order. ECF No. 33.

5. After conferring, the parties agree good cause exists to extend the deadlines in the Case Management and Scheduling Order, and respectfully request this Court extend the deadlines as follows:

| **Event** | **Original Deadline** | **Proposed New Deadline** |
|---|---|---|
| Plaintiff's expert report disclosure | June 2, 2026 | June 30, 2026 |
| Defendant's expert report disclosure | July 2, 206 | July 30, 2026 |
| Rebuttal expert report disclosure | July 16, 2026 | August 13, 2026 |
| Completion of discovery and motion to compel discovery | July 31, 2026 | August 28, 2026 |
| Dispositive and *Daubert* motions | September 1, 2026 | September 29, 2026 |
| Mediation | August 14, 2026 | September 11, 2026 |
| Joint pretrial meeting | December 30, 2026 | January 27, 2027 |
| Filing of the joint final pretrial statement; any other motions, including motion in limine; jointly proposed jury instructions and jointly proposed verdict form | January 11, 2027 | February 8, 2027 |
| Trial Status Conference | January 21, 2027 | February 18, 2027 |
| Trial term | February 2027 | March 2027 |

## **LOCAL RULE 3.01(G) CERTIFICATION**

The undersigned counsel hereby certifies that on May 4, 2026, prior to filing this motion, the parties conferred in good faith and agree to the relief sought in this motion.

## **LOCAL RULE 3.08(B) CERTIFICATION**

The undersigned counsel for Plaintiff further certifies that Plaintiff, Renegade Capital GP, LLC d/b/a RiverRock Funds LLC, has been consulted and consents to the requested continuance of the trial term.

The undersigned counsel for Defendant further certifies that Defendant, Abacus Life, Inc. n/k/a Abacus Global Management, Inc., has been consulted and consents to the requested continuance of the trial term.

Respectfully submitted,

DATED: May 8, 2026

*/s/ Jennifer Junger*
(Signed by Alex Zuckerman
with permission of Sheila Oretsky
*/s/ Alex Zuckerman*)

**GREENBERG TRAURIG, P.A.**

Sheila Oretsky (Fla. Bar No. 31365)
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

Jennifer Junger (Fla. Bar No. 12583)
jungerj@gtlaw.com
fernandezfe@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

Maria R. Satangelo
(Fla. Bar No. 1049930)
maria.santangelo@gtlaw.com
mialitdock@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Rebecca Jin (*pro hac vice*)
rebeccajin@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

*Attorneys for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 8, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

*/s/ Alex Zuckerman*
Alex Zuckerman