**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 6:25-cv-00424-CEM-NWH |

**JOINT MOTION TO EXTEND CERTAIN SCHEDULING ORDER DEADLINES**

Plaintiff, Renegade Capital GP, LLC d/b/a RiverRock Funds LLC ("Plaintiff"), and Defendant Abacus Life Inc n/k/a Abacus Global Management ("Defendant") (together, the "Parties"), by and through their undersigned counsel, hereby move to extend the Case Management and Scheduling Order, *see* ECF No. 33, and as grounds state the following:

## I. INTRODUCTION

The Parties move to extend only the discovery dispositive motion and *Daubert* motion deadlines by 60 days. There is good cause to extend only these deadlines: Certain discovery that will almost certainly be incorporated into the expert witness reports is still being produced by the Parties and non-parties;

without an extension, the Parties will need to rewrite the expert reports once all documents are produced. The requested extension is the first request to adjust any case management deadlines in this action and will not impact the trial term.[1]

## II. BACKGROUND

1. On March 11, 2025, Plaintiff filed its redacted Complaint. ECF No. 1.

2. On April 8, 2025, Defendant filed its redacted Answer and Affirmative Defenses. ECF No. 13.

3. On May 19, 2025, the Parties submitted a Uniform Case Management Report. ECF No. 26.

4. On May 23, 2025, this Court entered the Case Management and Scheduling Order. ECF No. 33.

5. On March 19, 2026, Defendant filed two short form motions to compel further production of documents and further responses to interrogatories from Plaintiff. ECF Nos. 47, 48.

6. On April 16, 2026, this Court granted in part and denied in part Defendant's motions to compel, ordering Plaintiff to produce additional documents. ECF No. 64.

[1] The parties previously moved this Court to adjust all deadlines, ECF Nos. 68, 70, but those motion was denied for failure to state good cause as to why all of the deadlines should be extended, ECF Nos. 69, 71.

7. Plaintiff is producing documents as ordered by this Court. *See* ECF No. 64. This will almost certainly result in the production of documents that the Parties' expert witnesses will rely on.

8. Defendant has subpoenaed various non-parties for documents, including Plaintiff's former employees. This will almost certainly result in the production of documents that the Parties' expert witnesses will rely on.

9. One of these non-parties is Plaintiff's former CEO, Anthony Annino. During the April 15, 2026 motion to compel hearing, Plaintiff explained that Defendant would need to subpoena Mr. Annino directly to obtain certain relevant documents. ECF No. 65 at 35:17-23. Defendant began preparing the production subpoena immediately after that hearing and served Mr. Annino on April 28, 2026. On May 8, 2026, counsel for Mr. Annino requested additional time to comply.

10. Absent an extension, the Parties will need to rewrite the expert reports once document production is complete.

## III. ARGUMENT

11. Per the Case Management and Scheduling Order, "[a]ll motions for extension of deadlines must be filed promptly and must state good cause for the extension." ECF No. 33 at 3.

12. To ensure that all document productions are complete before expert witness disclosures begin, an extension of the discovery deadlines is needed. Absent an extension, the Parties will need to rewrite the expert reports once document production is complete.

13. To avoid prejudicing any Party, a corresponding extension of the *Daubert* and dispositive deadline is also needed because the Parties need a reasonable amount of time to incorporate discovery, including the expert reports, into these motions.

14. The requested extension is limited. It will not impact the mediation or trial deadlines.

15. After conferring, the Parties agree that good cause exists to extend certain deadlines in the Case Management and Scheduling Order, and respectfully request this Court extend the deadlines as follows:

| **Event** | **Original Deadline** | **Proposed New Deadline** |
|---|---|---|
| Plaintiff's expert report disclosure | June 2, 2026 | August 1, 2026 |
| Defendant's expert report disclosure | July 2, 2026 | August 31, 2026 |
| Rebuttal expert report disclosure | July 16, 2026 | September 14, 2026 |
| Completion of discovery and motion to compel discovery | July 31, 2026 | September 29, 2026 |
| Dispositive and *Daubert* motions | September 1, 2026 | October 31, 2026 |
| Mediation | August 14, 2026[2] | August 14, 2026 |
| Joint pretrial meeting | December 30, 2026 | December 30, 2026 |
| Filing of the joint final pretrial statement; any other motions, including motion in limine; jointly proposed jury | January 11, 2027 | January 11, 2027 |

[2] Mediation is scheduled and set for July 15, 2026.

| | | |
|---|---|---|
| instructions and jointly proposed verdict form | | |
| Trial Status Conference | January 21, 2027 at 10:00 AM<br>Courtroom 5B | January 21, 2027 at 10:00 AM<br>Courtroom 5B |
| Trial Term | February 2027 | February 2027 |

## IV. CONCLUSION

16. For the foregoing reasons, the Parties respectfully request that the Court extend certain deadlines in the Case Management and Scheduling Order as set forth above.

## LOCAL RULE 3.01(G) CERTIFICATION

The undersigned counsel hereby certifies that on June 1, 2026, prior to filing this motion, the Parties conferred in good faith and agree to the relief sought in this motion.

Respectfully submitted,

DATED: June 1, 2026

/s/ *Jennifer Junger*
(Signed by Alex Zuckerman
with permission of Sheila Oretsky
/s/ *Alex Zuckerman* )

**GREENBERG TRAURIG, P.A.**

Sheila Oretsky (Fla. Bar No. 31365)
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

Jennifer Junger (Fla. Bar No. 12583)
jungerj@gtlaw.com
fernandezfe@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

Maria R. Satangelo
(Fla. Bar No. 1049930)
maria.santangelo@gtlaw.com
mialitdock@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

/s/ *Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Rebecca Jin (*pro hac vice*)
rebeccajin@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

*Attorneys for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 1, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

*/s/ Alex Zuckerman*
Alex Zuckerman