# EXHIBIT 2

**From:** Anthony J Annino [anthony.annino@gmail.com]
**Sent:** 10/14/2023 8:47:43 AM
**To:** 'Jay Jackson' [jay@abacuslife.com]
**Subject:** RE: RiverRock / Abacus
**Attachments:** Renegade Model_Abacus.pdf

Great news.

Love early mornings before the kids get up, so was able to jam and get the attached together.

Few points worth noting:

- Forecasted time period goes out until 2031 – the existing funds should run longer, but as we discussed, there is significant opportunity to convert all or a portion of the assets into more permanent capital;
- Forecasted revenues are based on run-off of existing closed-end funds but include ongoing acquisition fees @ 3% ($500k in acquisition fees equate to deploying less than $17M per year);
- Carried interest is estimated based upon current performance of Fund VII;
- You can do a better job of estimating necessary expenses but I took a crack at it – my guess is they are still *overstated* versus marginal expense you would incur to run the existing business;
- Our servicing fees are somewhere between $300-600k annually, which would be immediately synergistic after the 60-day notice period; my guess is there are significant additional synergies; and
- Discount rate of 12.5% seems reasonable given the surety of management fees and servicing synergies.

I'm around whenever if you would like to discuss.

Anthony J Annino
+1.617.990.6545

---

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Saturday, October 14, 2023 8:33 AM
**To:** Anthony J Annino <anthony.annino@gmail.com>
**Subject:** RE: RiverRock / Abacus

Great – thank you. We received SEC S1 filing back with no comments so we are wall crossing now. We expect to have it completed by end of month. Assuming all goes well, board approval etc. will be in a good position to close before year end.

**From:** Anthony J Annino <anthony.annino@gmail.com>
**Sent:** Saturday, October 14, 2023 7:53 AM
**To:** Jay Jackson <jay@abacuslife.com>
**Subject:** RE: RiverRock / Abacus

I just uploaded the servicing agreements to the portal – you'll see that the termination provisions are simple with 60 days notice (so no issue).

I'm working on the DCF and should have that up by the end of the weekend.

Anthony J Annino
+1.617.990.6545

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Friday, October 6, 2023 12:40 PM
**To:** Anthony Annino <anthony.annino@gmail.com>
**Subject:** RE: RiverRock / Abacus

How does 11am Est on Tuesday the 10th look for you?

**From:** Anthony Annino <anthony.annino@gmail.com>
**Sent:** Friday, October 6, 2023 11:44 AM
**To:** Jay Jackson <jay@abacuslife.com>
**Subject:** Re: RiverRock / Abacus

Jay

I'm flexible - let me know what work best on your end.

Thanks
Tony

On Mon, Oct 2, 2023 at 12:59 PM Jay Jackson <jay@abacuslife.com> wrote:

> Great. Thank you. We can sort thru it. Want to jump on a call next week? How does your schedule look?
>
> **From:** Anthony J Annino <anthony.annino@gmail.com>
> **Sent:** Monday, October 2, 2023 12:56 PM

**To:** Jay Jackson <jay@abacuslife.com>
**Subject:** RE: RiverRock / Abacus

Jay

I just sent you access to the data room – please confirm you received it.

There's a ton of stuff out there (and clearly I need a lesson on navigating our network), but this should be a good start.

Please let me know when you've reviewed and would like to discuss.

Tony

Anthony J Annino

+1.617.990.6545

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Wednesday, September 13, 2023 5:32 PM
**To:** Anthony Annino <anthony.annino@gmail.com>
**Subject:** RE: RiverRock / Abacus

Sounds good. Thank you!

**From:** Anthony Annino <anthony.annino@gmail.com>
**Sent:** Wednesday, September 13, 2023 1:54 PM
**To:** Jay Jackson <jay@abacuslife.com>
**Subject:** RiverRock / Abacus

Jay

Good connecting last week.

I'm in the process of putting the data room together and should have you something by early next week.

Tony

--
Anthony J Annino
+1.617.990.6545

--
Anthony J Annino
+1.617.990.6545