**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 6:25-cv-00424-CEM-NWH |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO AMEND COMPLAINT**

Defendant Abacus Global Management, Inc. ("Abacus" or "Defendant"), by and through its undersigned counsel, writes in response to Plaintiff's Motion for Leave (ECF No. 74; the "Motion"). While Defendant does not oppose Plaintiff's Motion, it does take issue with numerous statements contained in Plaintiff's Motion, which counsel did not clear with Defendant before filing. Two examples will suffice:

***First***, Plaintiff claims the "data room"—which its former CEO, Anthony Annino, allegedly created and populated with certain of RiverRock's information—is a "distraction." ECF No. 74 at 4 n.3. Yet Plaintiff simultaneously relies on the "data room" to support its argument that it had

a "good faith basis to believe" the allegations in its initial complaint. *Compare* ECF No. 74 at 4 n.3 *with id.* at 5 n.4; *see also* ECF No. 1 (the "Operative Complaint") ¶¶ 23-24, 26, 30-31, 34-36, 54.

***Second***, Plaintiff maintains the false allegation that Abacus, not RiverRock, created the "Valuation" based on "Confidential Information" Abacus purportedly received from RiverRock. ECF No. 74 at 3. Plaintiff's Motion fails to mention that it conceded last month that Mr. Annino—not Abacus—created the Valuation. *See* Ex. A (J. Junger Email to Counsel for Def. (May 13, 2026)) at 1 (claiming "the [V]aluation was created by Anthony Annino"); *see also* Ex. B (J. Junger Email to Counsel for Def. (Apr. 10, 2026)) at 1 (claiming "the [V]aluation model was prepared by [Anthony] Annino"). The Motion also glosses over counsel's admissions that Mr. Annino sent the Valuation from his personal Gmail to Abacus's CEO, and that RiverRock does not know what was in the data room because it was created by Mr. Annino with his personal Gmail. *See, e.g.*, Ex. C (excerpt of ECF No. 65) at 17:17-22 (representing that Mr. Annino sent the Valuation model to Abacus's CEO from his personal Gmail account); *id.* at 16:20-25 (conceding Plaintiff is not certain of the data room's contents); *id.* at 17:25-18:1 (representing the data room was never under Plaintiff's control). RiverRock's repeated claims that Abacus, not RiverRock, valued RiverRock in excess of $10 million, are nonsensical in light of this record. ECF No. 74 at 6. These unknowns go to

the ultimate question of whether the Valuation can truly be said to be "Confidential Information" or comprised of "Confidential Information," and Defendant reserves all rights to move to dismiss Plaintiff's proposed amended complaint, if permitted, for failure to state a claim.

Therefore, while Defendant does not oppose this last-ditch effort to cure Plaintiff's baseless and counterfactual allegations, Defendant does not adopt—and thoroughly disagrees with—claims made in Plaintiff's Motion. Had counsel for RiverRock been transparent about the gaps in its factual understanding, perhaps this all could have been avoided. But that is not what happened. Instead, Plaintiff never amended the Operative Complaint to drop the abandoned claims, so Abacus spent substantial resources litigating a case that Plaintiff had already walked away from.

DATED: June 10, 2026

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason D. Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

Rebecca Jin (*pro hac vice*)
rebeccajin@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, California 94065
(650) 801-5000

*Attorneys for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 10, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Alex Zuckerman*
Alex Zuckerman