# EXHIBIT A

# Confidentiality Agreement
# Filed Under Seal