# EXHIBIT B

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Saturday, October 14, 2023 8:33 AM
**To:** Anthony J Annino <anthony.annino@gmail.com>
**Subject:** RE: RiverRock / Abacus

Great – thank you. We received SEC S1 filing back with no comments so we are wall crossing now. We expect to have it completed by end of month. Assuming all goes well, board approval etc. will be in a good position to close before year end.

**From:** Anthony J Annino <anthony.annino@gmail.com>
**Sent:** Saturday, October 14, 2023 7:53 AM
**To:** Jay Jackson <jay@abacuslife.com>
**Subject:** RE: RiverRock / Abacus

I just uploaded the servicing agreements to the portal – you'll see that the termination provisions are simple with 60 days notice (so no issue).

I'm working on the DCF and should have that up by the end of the weekend.

Anthony J Annino
+1.617.990.6545

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Friday, October 6, 2023 12:40 PM
**To:** Anthony Annino <anthony.annino@gmail.com>
**Subject:** RE: RiverRock / Abacus

How does 11am Est on Tuesday the 10th look for you?

**From:** Anthony Annino <anthony.annino@gmail.com>
**Sent:** Friday, October 6, 2023 11:44 AM
**To:** Jay Jackson <jay@abacuslife.com>
**Subject:** Re: RiverRock / Abacus

Jay

I'm flexible - let me know what work best on your end.

Thanks
Tony

On Mon, Oct 2, 2023 at 12:59 PM Jay Jackson <jay@abacuslife.com> wrote:

Great. Thank you. We can sort thru it. Want to jump on a call next week? How does your schedule look?

**From:** Anthony J Annino <anthony.annino@gmail.com>
**Sent:** Monday, October 2, 2023 12:56 PM
**To:** Jay Jackson <jay@abacuslife.com>
**Subject:** RE: RiverRock / Abacus

Jay

I just sent you access to the data room – please confirm you received it.

There's a ton of stuff out there (and clearly I need a lesson on navigating our network), but this should be a good start.

Please let me know when you've reviewed and would like to discuss.

Tony

Anthony J Annino

+1.617.990.6545

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Wednesday, September 13, 2023 5:32 PM
**To:** Anthony Annino <anthony.annino@gmail.com>
**Subject:** RE: RiverRock / Abacus

Sounds good. Thank you!

**From:** Anthony Annino <anthony.annino@gmail.com>
**Sent:** Wednesday, September 13, 2023 1:54 PM
**To:** Jay Jackson <jay@abacuslife.com>
**Subject:** RiverRock / Abacus

Jay

Good connecting last week.

I'm in the process of putting the data room together and should have you something by early next week.

Tony

Anthony J Annino

+1.617.990.6545