# EXHIBIT C

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Sunday, November 5, 2023 2:06 PM
**To:** Anthony J Annino <anthony.annino@gmail.com>
**Subject:** Next Steps

Hi Tony,

We had a successful bond raise and we are ready to move forward with a term sheet. I am presenting to the Board on Thursday but I have already spoken with the key members and we are moving forward with the acquisition. I think I am going to use Latham as our attorney on this one. They were fast and efficient on our last deal. That may change to Locke Lord if Latham is swamped. I am hoping to have a term sheet to you shortly after the board meeting on Thursday afternoon. We would still be a before year end target close.

All the best,

Jay

Jay Jackson
**President & CEO**

800.561.4148 | jay@abacuslife.com | abacuslife.com | 2101 Park Center Drive, Orlando, FL 32835

ABACUS LIFE
KNOW THE VALUE OF YOUR LIFE
NASDAQ | ABL

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.