# EXHIBIT E

**From:** Zoom
**To:** Valerie Coffey
**Subject:** [EXTERNAL] - New Voicemail from DONNA HOROWITZ (415) 456-2758 to Main Auto Receptionist (Ext. 801) on Fri Dec 1, 2023 12:12
**Date:** Thursday, January 18, 2024 3:31:40 PM
**Attachments:** msg_64ea35ec-2add-4184-bf0e-a98fe7b5f1fb.mp3

Zoom Logo

Sign In

# You have a new voicemail

| | |
|---|---|
| Time | Fri Dec 1, 2023 12:12 |
| From | DONNA HOROWITZ (415) 456-2758 |
| To | Main Auto Receptionist (Ext. 801) (Auto Receptionist) |
| Forward To | Valerie Coffey (Ext. 1305) |
| Duration | 00:15 |

**Voicemail Transcription**

"Hey, Valerie? This is Donna Horowitz, life settlement support. Haven't talked in a long time. Okay, so I'm doing this story on Abacus Buying River rock. Can you give me a call? 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. It's 1012, California time. Thank you. Bye. "

**To listen to this message, you can open the attachment or use any Zoom Applications to have instant access to all your messages.**

+1.888.799.9666
©2023 Zoom - All Rights Reserved

Visit zoom.us
55 Almaden Blvd
San Jose, CA 95113