# EXHIBIT F

**From:** Jay Jackson
**To:** Anthony J Annino; Chris Romaine
**Cc:** Bill McCauley; jshaw@bernsteinshur.com
**Subject:** RE: Updated LOI for RR
**Date:** Friday, December 1, 2023 3:49:24 PM
**Attachments:** image001.png

Agreed – sorry about the reporter Tony.

**From:** Anthony J Annino <anthony.annino@gmail.com>
**Sent:** Friday, December 1, 2023 3:28 PM
**To:** Chris Romaine <chris@lmagrp.com>; Jay Jackson <jay@abacuslife.com>
**Cc:** Bill McCauley <bill@abacuslife.com>; jshaw@bernsteinshur.com
**Subject:** RE: Updated LOI for RR

Jay / Chris

Thanks very much for the clarification (I missed it being total 3-year cumulative revenue).

I'll review the rest of it by the end of the weekend. Just FYI – I got a note from a reporter today who is putting a story together on the transaction, so hopefully we can move quickly from this point forward.

Thanks
Tony

Anthony J Annino
+1.617.990.6545

**From:** Chris Romaine <chris@lmagrp.com>
**Sent:** Thursday, November 30, 2023 12:11 PM
**To:** Anthony J Annino <anthony.annino@gmail.com>; Jay Jackson <jay@abacuslife.com>
**Cc:** Bill McCauley <bill@abacuslife.com>; jshaw@bernsteinshur.com
**Subject:** RE: Updated LOI for RR

Tony,

Jay is tied up and asked me to follow up with you.

The general idea is that we are looking for revenue growth of ***5% per year*** measured at the end of three years. And because we understand that the revenue may be lumpy, we are agnostic as to which year the revenue is earned.

AS you point out, when compounded over 3 years, the target year 3 revenue is approximately 15% higher than the base year.

I've attached a spreadsheet with examples of 5% and 10% growth.

I'm happy to discuss, if helpful.

Best,

Chris Romaine (mobile: 904-742-8703)
**General Counsel**
321.635.2930 | chris@abacuslife.com | abacuslife.com | 2101 Park Center Drive, Orlando, FL 32835

---

**From:** Anthony J Annino <anthony.annino@gmail.com>
**Sent:** Friday, November 24, 2023 1:13 PM
**To:** Jay Jackson <jay@abacuslife.com>
**Cc:** Chris Romaine <chris@lmagrp.com>; Bill McCauley bill@abacuslife.com; jshaw@bernsteinshur.com
**Subject:** RE: Updated LOI for RR

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe, any questions please forward to IT. Thank You!

Jay

Thanks for this.

Can you just explain how the math in the example works? Growth rate comes out to significantly more than an annualized 15%.

Let me know if I'm missing something.

Tony

Anthony J Annino
+1.617.990.6545

---

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Friday, November 24, 2023 9:47 AM
**To:** Anthony J Annino <anthony.annino@gmail.com>
**Cc:** Chris Romaine <chris@lmagrp.com>; Bill McCauley <bill@abacuslife.com>; jshaw@bernsteinshur.com

**Subject:** Updated LOI for RR

Hi Tony,

Attached is the updated LOI based on our last conversation. Please let me know if you have any feedback or if you want me to send an executable version.

All the best,

Jay

Jay Jackson
**President & CEO**

800.561.4148 | jay@abacuslife.com | abacuslife.com | 2101 Park Center Drive, Orlando, FL 32835

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.