# EXHIBIT H

**From:** Anthony J. Annino <aannino@riverrockfunds.com>
**Sent:** Tuesday, December 5, 2023 1:52 PM
**To:** Jay Jackson <jay@abacuslife.com>
**Cc:** Gabriel Siegel <gsiegel@servicesteel.org>
**Subject:** Disclosure of RiverRock Confidential Information

Jay

As we have previously discussed, RiverRock learned that on or around November 14, 2023, Abacus posted a slide deck on its public-facing website which contained confidential information relating to RiverRock's assets, liabilities, and financial status. The slide deck also disclosed Abacus's potential acquisition of RiverRock and its plans post-acquisition. It goes without saying that the disclosed information is highly sensitive and confidential, and RiverRock kept it closely confidential. Obviously, this disclosure was a significant breach of the Confidentiality Agreement.

We understand that the slide deck has now been removed from Abacus's website. However, during the time it was posted, we know that multiple people accessed the materials. We also understand that the materials were circulated to others, both while the deck was posted and after it was taken down. Those who saw these materials include RiverRock employees, who did not know about the potential sale, as well as least one reporter, whose receipt of the information has led to publication of *Abacus Accidently Posts Document on Potential RiverRock Deal* by The Deal (https://pipeline.thedeal.com/article/0000018c-3620-d9d8-a3ec-befdcc600000/deal-news/life-settlements/abacus-accidentally-posts-document-on-potential-riverrock-deal).
We would ask that Abacus provide all information identifying the people (by IP address or other relevant identifiers) who accessed the slide deck while it was online. We also ask that Abacus preserve all documents and data relating to the slide deck, its publication, persons responsible, and any other disclosures of RiverRock's confidential information, using the broadest possible definitions of each of those terms.

We know you and your team have been working as tirelessly as we have toward finalizing a deal, and we hope that we are still on track to reach a definitive agreement and put this unfortunate incident behind us. However, we do not yet know the full impact of Abacus's disclosure of RiverRock's confidential information, so at this stage, we must reserve all of our legal rights.

Again, it is our sincerest hope that the parties can finalize a deal, and I look forward to continuing working with you to that end.

Tony

RIVERROCK

**Anthony J. Annino, CFA**
**Chief Executive Officer**

500 W. 2nd Street, Suite 1575
Austin, TX 78701
Email: aannino@riverockfunds.com
Phone: (713) 375-1304