# EXHIBIT I

**From:** Anthony Annino
**To:** Jay Jackson
**Cc:** Gabe Siegel
**Subject:** LOI
**Date:** Wednesday, December 13, 2023 1:48:06 PM

---

Jay

Since you breached our NDA and released our financials, RiverRock has experience material harm. Our Chief Underwriting Officer gave his notice and is leaving as of 12/31. In addition, we know that at least one other senior person at the firm has sent out their resume. In addition, our fundraising efforts have stalled given the disclosure and potential change in control / management of RiverRock.

I've been trying to contact you for multiple days. The last contact I received from your attorney was that your board needed to review the revised LOI, and the earliest we would hear back would be late this week. It's now Wednesday, and we haven't heard anything despite multiple attempts. RiverRock continues to experience material harm with each day that passes and no formal agreement with you.

Given the material harm to the business, we need a response to our latest LOI by the end of the today. I am available on my cell at any time.

Regards
Tony

Anthony J Annino
+1.617.990.6545