# EXHIBIT J

**From:** Jay Jackson <jay@abacuslife.com>
**Sent:** Friday, December 15, 2023 3:54 PM
**To:** Anthony J. Annino <aannino@riverrockfunds.com>
**Cc:** Chris Romaine <chris@lmagrp.com>
**Subject:** [EXTERNAL] - Response to LOI request

Tony,

As promised, I am now in a position to respond to your latest proposal with respect to the proposed sale of your Company. Unfortunately, there is not sufficient support among the various stakeholders here at Abacus to move forward with a transaction. While we have a positive view of your business and your leadership, the main countervailing factors include price, other strategic alternatives and allocation of existing and future capital.

To the extent that you think it would be beneficial to your business to communicate the above to your stakeholders, including investors, please feel free to do so.

Best regards,

Jay

Jay Jackson
**CEO**

800.561.4148 | jay@abacuslife.com | abacuslife.com | 2101 Park Center Drive, Orlando, FL 32835

ABACUS LIFE
KNOW THE VALUE OF YOUR LIFE
NASDAQ | ABL

The information contained in this electronic mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be a client communication and/or work product which may contain proprietary information and as such is privileged and confidential. If the reader of this message is not the intended recipient(s) or an agent responsible for delivering it to the intended recipient(s), you are hereby notified that you have received this message and any attachments hereto in error and that any review, dissemination, distribution, or copying of this message whole or in part is strictly prohibited and may subject you to civil and/or criminal penalties under state or federal law. If you have received this message in error, please notify the sender immediately by email, and delete the original message.