**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 6:25-cv-00424-CEM-NWH |

**DEFENDANT'S AGREED TIME-SENSITIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc. ("Defendant" or "Abacus"), by and through its undersigned counsel and for good cause, hereby moves for an extension of the deadline to respond to Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC's ("Plaintiff" or "RiverRock") *First Amended Complaint* (ECF No. 79) ("FAC"). Specifically, Defendant seeks an extension from July 2, 2026 to and through July 9, 2026, and respectfully states as follows:

1. Plaintiff filed its initial Complaint on March 11, 2025. (ECF No. 1).

2. On June 18, 2026, Plaintiff filed its FAC. (ECF No. 79). Pursuant to Federal Rule of Civil Procedure Rule 15, Defendant's response to Plaintiff's FAC is currently due on or before July 2, 2026. *See* Fed. R. Civ. P. 15(a)(3).

3. Defendant respectfully seeks a seven (7) day extension of time, through and including July 9, 2026, to respond to Plaintiff's FAC.

4. Defendant has good cause for the requested extension, as it cannot, despite due diligence, address the expansive issues in the FAC within the current time frame.

5. Defendant and undersigned counsel need additional time to analyze these allegations, review the record, investigate the factual allegations stated in the FAC, and properly respond to the same, over and above the time period provided by Federal Rule of Civil Procedure Rule 15(a)(3).

6. The requested extension will also permit Defendant to do so in light of counsel's other obligations, including attending to discovery matters in this case; preparing to take or defend at least 6 depositions throughout this month; preparing for mediation on July 15, 2026; and meeting Defendant's expert report disclosure deadline on July 2, 2026—the same day that Defendant's response to Plaintiff's FAC is due.

7. On July 1, 2026, Plaintiff stated it has no objection to the requested extension.

8. Defendant respectfully submits that the brief requested extension of time is not made to delay pending litigation, and no party will be prejudiced by this proposed extension of time.

**MEMORANDUM OF LAW**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time . . . if a request is made, before the original time . . . expires . . . ." As outlined above, good cause exists for the requested extension of time, and the request is being made before the originally prescribed period expires.

WHEREFORE, Defendant respectfully requests that the Court grant Defendant an extension of time, up to and including July 9, 2026, to file its response to Plaintiff's FAC.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rule 3.01(g), the undersigned counsel certifies that Defendant's counsel conferred with Plaintiff who advised that Plaintiff does not oppose Defendant's request for relief set forth herein.

DATED: July 1, 2026

Respectfully submitted,

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason D. Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, 15th Floor
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Rebecca Jin (*pro hac vice*)
rebeccajin@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

*Attorneys for Defendant Abacus Global Management, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

*/s/ Alex Zuckerman*
Alex Zuckerman