**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS, LLC, a Delaware limited liability company,

Plaintiff,

v. Case No. 6:25-cv-00424-CEM-NWH

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

---

## MOTION TO COMPEL

Plaintiff Renegade Capital GP, LLC ("RiverRock"), pursuant to Federal Rule of Civil Procedure 37(a), moves to compel Defendant Abacus Life, Inc. ("Abacus") to produce responsive documents or confirm in writing no responsive documents exist in response to RiverRock's RFP dated June 2, 2025 (**Exhibit "1"**).

## INTRODUCTION

Despite multiple meet-and-confer efforts, including correspondence dated April 27, 29, May 13, 28, and July 15, 2026 (**Composite Exhibit "2"**), Abacus continues to withhold or fails to confirm the nonexistence of responsive documents. Indeed, Abacus' predecessor counsel confirmed on August 1, 2025, that no documents were being withheld (**Exhibit "3"**), yet Abacus has continued making rolling productions

for months since, without ever confirming completeness and with major categories of documents missing.

**DOCUMENTS SOUGHT TO BE COMPELLED**

## I. Messaging Communications

Abacus has not produced any responsive text messages, WhatsApp messages, or iMessages, from Jay Jackson, board members, or other custodians regarding RiverRock. Abacus' Chief of Marketing, Jeff Smith, admitted he was not asked to search his phone. *See* Transcript at 60 (**Exhibit "4"**). RiverRock, searched the phones of its principal and custodians, and produced responsive text messages. The RFP requests text messages. Texts are the most probable way that these communications occurred. Jackson represented there was not support at Abacus for the acquisition but there are no messages showing that. It is implausible that Abacus lacks responsive messages regarding the potential acquisition, breach, and decision not to acquire. Abacus should be ordered to produce responsive messages.

## II. Internal Communications

Abacus has produced no internal communications responsive to virtually all requests. *See* Request Nos. 1-4, 6, 9-10, 12, 16-17, 18-23. This includes communications concerning: (1) the potential acquisition of RiverRock and negotiations related thereto; (2) the ramifications of the posting of the board deck; (3) the form 8-k, (4) the purchase price of RiverRock; and (5) Abacus' decision not to proceed with the acquisition. Abacus has not produced ordinary-course internal

communications that would be expected concerning a proposed multi-million-dollar acquisition, the publication of confidential information, and the decision to abandon the transaction.

## III. Documents Abacus Claims It Does Not Possess

As to Requests No. 14, Abacus has suggested "[it] does not believe Abacus has information or documents responsive to this Request", yet it has declined to confirm no responsive documents exist. *See* Comp. Ex. 2. RiverRock is entitled to a definitive response.

## IV. Documents Supporting Abacus' Defenses

Request No. 25 seeks documents supporting Abacus' contention that RiverRock failed to perform under the Confidentiality Agreement. Abacus has refused production as "premature," despite the approaching trial. Federal Rules of Civil Procedure 26(e) and 37(c) require production.

## V. Abacus Has Failed to Produce a Privilege Log

If Abacus is withholding responsive documents based on a claim of privilege, it has not served a privilege log, per Federal Rule of Civil Procedure 26(b)(5), and it should be ordered to produce a privilege log identifying each withheld document.

## CONCLUSION

**WHEREFORE**, RiverRock respectfully requests the Court order Abacus, within five days, to produce responsive electronic messages and internal emails.

## RULE 3.01(g) CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that lead counsel conferred with counsel for Abacus regarding the relief requested in this Motion via telephone on July 16, 2026. The parties are unable to agree on the relief requested, and Abacus opposes the Motion.

*/s/ Jennifer Junger*
Jennifer Junger

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

By: */s/ Jennifer Junger*
A. SHEILA ORETSKY
*Lead Counsel*
Florida Bar No. 31365
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
JENNIFER JUNGER
Florida Bar No. 125853
jungerj@gtlaw.com
fernandezfe@gtlaw.com

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 16th day of July, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jennifer Junger*
Jennifer Junger, Esq.