**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS, LLC, a Delaware limited liability company,

Plaintiff,

v. Case No. 6:25-cv-00424-CEM-NWH

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

---

**JOINT NOTICE REGARDING HEARING ON DISCOVERY MOTIONS**

Pursuant to Order 2 of the Standing Order of Judge Hill Regarding Discovery Motions (ECF 37) and this Court's July 22, 2026 Order (ECF 89), Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC ("RiverRock" or "Plaintiff") and Defendant Abacus Global Management, Inc. ("Abacus" or "Defendant") file this Joint Notice certifying ongoing conferral regarding Plaintiff's Motion to Compel. (ECF No. 87)

The Parties further conferred by a zoom telephonic call on July 24, 2026, on the following issues: (1) production of text messages or other message-based communications like imessage or Whatsapp; (2) production of internal email correspondence for Request Nos. 1-4, 6, 9-10, 12, 16-17, 18-23; (3) whether Defendant

has any documents responsive to Request No. 14, and if they do not, who does; (4) documents responsive to Request No. 25; and (5) the production of a privilege log.

During the meet and confer, Abacus agreed to run additional search terms at Plaintiff's request on the custodians' text messages and reported back to Plaintiff that those additional searches gleaned no additional unique documents. Plaintiff has since requested a hit report. During the meet and confer, Plaintiff also requested additional custodians be searched, Defendant has not confirmed that those searches have been run nor have any text messages been produced for those custodians. Defendant has not confirmed that its production of text messages is completed. The Parties continue to confer on these issues, and Plaintiff is awaiting further production.

Since the Court's order, Abacus has produced (1) additional internal communications; (2) text messages from relevant custodians; and (3) its privilege log. Of that production, 1,306 pages were produced two days in advance of the deposition of Defendant's Corporate Representative and CEO Jay Jackson, and 416 pages and the privilege log were produced after 10:00 pm the night before the same deposition. As it stands with production being incomplete, the Parties remain at an impasse on the text messages and internal communications. The Parties have reached an agreement regarding Request Nos. 14 and 25, and Defendant has since produced a privilege log, which Plaintiff is reviewing.

Respectfully submitted,

DATED: July 28, 2026

*/s/ Jennifer Junger*

**GREENBERG TRAURIG, P.A.**

Sheila Oretsky (Fla. Bar No. 31365)
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

Jennifer Junger (Fla. Bar No. 12583)
jungerj@gtlaw.com
fernandezfe@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

*/s/ Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Rebecca Jin (*pro hac vice*)
rebeccajin@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

*Attorneys for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of July, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jennifer Junger*
Jennifer Junger, Esq.