**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS, LLC, a Delaware limited liability company,

Plaintiff,

v. Case No. 6:25-cv-00424-CEM-NWH

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

---

## PLAINTIFF'S RENEWED MOTION TO COMPEL

Plaintiff Renegade Capital GP, LLC ("RiverRock"), pursuant to Federal Rule of Civil Procedure 37(a), renews its motion to compel Defendant Abacus Life, Inc. ("Abacus") to produce responsive text messages and emails in response to RiverRock's RFP dated June 2, 2025 (**Exhibit "1"**).

## INTRODUCTION

Despite multiple meet-and-confer efforts, including correspondence dated April 27, 29, May 13, 28, July 15, 18, 21, 23, 24, 27, 28, and 29, 2026 (**Composite Exhibit "2"**), and telephone calls on July 16, and 22, 2026, Abacus continues to withhold responsive text messages and internal communications. Indeed, Abacus' predecessor counsel confirmed on August 1, 2025, that no documents were being withheld (**Exhibit "3"**) yet Abacus has continued making rolling productions for months since,

without ever confirming completeness and with major categories of documents missing.

Only after the filing of Plaintiff's Motion to Compel (ECF 87) did Defendant finally search for responsive text messages that it belatedly produced at 10:33 pm the night before the deposition of its corporate representative.[1] According to Defendant's counsel, the phones searched were from Jay Jackson, Bill McCauley and Jeff Smith.

During a meet and confer phone call on July 22, Plaintiff requested that three additional custodians be searched (Scott Kirby, Sean McNealy and Chris Romaine) and that additional search terms be searched on all custodians' phones and emails. Defendant confirmed that it ran the new search terms on the cell phones originally collected and found nothing new, but it has not confirmed that it has attempted to run search terms on any of the new custodians nor whether the new terms were applied to emails. Defendant has not given any indication of when Plaintiff can expect to receive those remaining text messages and emails.

To date, only a handful of internal correspondence has been produced. Therefore, it is critical that Plaintiff understands whether each of the custodians and search terms have been run, searched for and produced or whether Defendant is

[1] Indeed, at the deposition of Defendant's Corporate Representative, who is also its CEO, Mr. Jackson refused to answer any questions related to the search of his phone for text messages. When asked: "when was the first time that somebody asked you to look for text messages on your phone?" Mr. Jackson replied "I don't know." When asked: "was it last week?" and "was it two weeks ago?" Mr. Jackson responded "I don't know" to both questions.

avoiding production. Given the close of discovery on July 31, 2026, Plaintiff was forced to move to compel to preserve its rights in light of Defendants' refusal to commit to production and respond to questions regarding the productions.

**WHEREFORE**, RiverRock respectfully requests the Court order Abacus, within five days, to produce responsive electronic messages and internal emails.

**RULE 3.01(g) CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that lead counsel conferred with counsel for Abacus regarding the relief requested in this Motion via email on April 27, 29, May 13, 28, July 15, 18, 21, 23, 24, 27, 28, and 29, 2026 (**Composite Exhibit "2"**), and telephone calls on July 16, and 22, 2026. The parties are unable to agree on the relief requested, and Abacus opposes the Motion.

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0560

By: */s/ Jennifer Junger*
A. SHEILA ORETSKY
*Lead Counsel*
Florida Bar No. 31365
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
JENNIFER JUNGER
Florida Bar No. 125853
jungerj@gtlaw.com
fernandezfe@gtlaw.com

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 31st day of July, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jennifer Junger*
JENNIFER JUNGER