# EXHIBIT B

**From:** Raquel.Acuna@gtlaw.com
**To:** Alex Zuckerman; Rebecca Jin; Kathleen Messinger; Ivette Galante; Joshua Hall; Jason Sternberg
**Cc:** Sheila.Oretsky@gtlaw.com; jungerj@gtlaw.com; Tee.White@gtlaw.com
**Subject:** Registered: SERVICE OF COURT DOCUMENTS - Renegade Capital GP, LLC v. Abacus Life, Inc. (M.D. Fla. 6:25-cv-00424-CEM-NWH)
**Date:** Friday, June 26, 2026 9:38:47 AM
**Attachments:** image001.png
Notice of Subpoenas to ICR.pdf

**[EXTERNAL EMAIL from raquel.acuna@gtlaw.com]**

REGISTERED EMAIL™ | CERTIFIED DELIVERY

This is a Registered Email™ message from **Raquel.Acuna@gtlaw.com**. Your reply will be returned as a Registered Email message.

| SERVICE OF COURT DOCUMENTS | |
|---|---|
| COURT | UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA -ORLANDO DIVISION |
| CASE NO. | Case No. 6:25-cv-00424-CEM-NWH |
| CASE STYLE | *RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company, v. ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation* |
| DOCUMENT(S) BEING SERVED | Plaintiff's Notice of Subpoena for Documents and Testimony to Third-Party Corporate Representative ICR, LLC Under Fed. R. Civ. P. 30(B)(6) |
| SERVING PARTY | A. Sheila Oretsky<br>*Lead Counsel*<br>Florida Bar No. 31365<br>Jennifer Junger<br>Florida Bar No. 125853<br>T +1 305.579.0535 |

**Raquel Acuna**
Legal Support Specialist

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T +1 305.579.7746
Raquel.Acuna@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

RPost® PATENTED