# EXHIBIT A

**From:** Rebecca Jin
**Sent:** Saturday, October 18, 2025 6:30 PM
**To:** jungerj@gtlaw.com; Sheila.Oretsky@gtlaw.com
**Cc:** Alex Zuckerman; Kathleen Messinger
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery
**Attachments:** [QE Edits] Abacus Draft Confidentiality Agreement (Ex. A to Motion).docx; [QE Edits] RiverRock and Abacus Life Draft Confidentiality Agreement.docx; Redline - RiverRock and Abacus Life Draft Confidentiality Agreement.docx; Redline - Abacus Draft Confidentiality Agreement (Ex. A to Motion).docx

Jennifer,

We've attached Abacus's revisions to RiverRock's proposed confidentiality agreement.

Next, taking your assertions and questions in order:

First, we said we anticipated making a production this week. We are working on preparing the production, and we still anticipate that we can serve the production this weekend. However, because our production contains confidential information, we would like the parties to execute the confidentiality agreement first. In the alternative, we are willing to produce the documents subject to the confidentiality agreement's effective date encompassing this production. For the avoidance of doubt, the production will be bates-stamped and will include the appropriate confidentiality designation pursuant to the confidentiality agreement.

Second, in mid-August your colleague asked that we confirm that documents were not withheld from our production on the basis of our July 14 objections. We directed your colleague to the email exchange with Lauren Alexander from Lash on this topic. *See* K. Messinger 8/19 email. It is not clear to us why we would need to withdraw our objections generally given that we already indicated documents were not withheld on the basis of those objections. Please advise.

Third, you asked what custodians were searched and what search terms were applied for the first time on October 8, despite never previously raising the search parameter questions with Abacus's prior counsel. We are providing a timely response to this recent request. We can now confirm that documents were collected from Abacus employees Blake Gallimore, Bill McCauley, Chris Romaine, Jay Jackson, and Jeff Smith. The following search terms were applied to our ongoing, rolling productions of responsive, non-privileged documents:

1. RiverRock
2. "River Rock"
3. "RR"
4. RiverRockFunds
5. "Renegade Capital"
6. Renegade
7. Annino
8. "Project Water"
9. "8-K" or "8k" (Date Range: 11/14/23 – 11/30/23)
10. Donna w/2 Horowitz
11. Valerie w/2 Coffey
12. Siegel
13. Obra
14. Denny w/2 Mathew

15. “ICR” and (deck or presentation) (Date Range: 11/9/2023 – present)

Finally, we believe it is premature to suggest our production is deficient given that rolling productions are ongoing.

Regards,
Rebecca

---

**From:** jungerj@gtlaw.com <jungerj@gtlaw.com>
**Sent:** Friday, October 17, 2025 12:20 PM
**To:** Rebecca Jin <rebeccajin@quinnemanuel.com>; Sheila.Oretsky@gtlaw.com
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

---

Counsel,

Your letter is received. We will respond in due course.

Following up on my multiple emails below: (1) You represented that we would receive a production this week but have not received one; (2) I have asked on several occasions both on the phone and via email whether you will withdraw your objections given you have represented that you are not withholding any documents on the basis of those objections; (3) I have also asked on multiple occasions on the phone and on email to advise as to how documents have been searched and produced given that the production thus far is deficient; and (4) What is the status of your review of the confidentiality agreement?

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Rebecca Jin <rebeccajin@quinnemanuel.com>
**Sent:** Wednesday, October 15, 2025 7:43 PM
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

Counsel,

Attached, please find Defendant’s October 15, 2025 Letter regarding the Parties’ October 8 Meet and Confer.

Regards,
Rebecca

**From:** jungerj@gtlaw.com <jungerj@gtlaw.com>
**Sent:** Tuesday, October 14, 2025 3:41 PM
**To:** Rebecca Jin <rebeccajin@quinnemanuel.com>; Sheila.Oretsky@gtlaw.com
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

Counsel,

I am following up on the email below as I have not heard back from you. I also have not received any feedback from you on the confidentiality agreement, which is a prerequisite to production. Please advise when I can expect a response on my substantive questions and on the confidentiality agreement.

Also, in your October 3 letter, you asked for revised responses to the rogs and RFPs by tomorrow. During our call, I advised that I would need more time to thoroughly and appropriately address your positions and our positions on the voluminous requests before deciding what can and cannot be revised. Accordingly, this email confirms that I will need more time. I will aim to get back to you on this at some point next week. Thank you.

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

**From:** Junger, Jennifer L. (Shld-MIA-LT)
**Sent:** Thursday, October 9, 2025 5:50 PM
**To:** 'Rebecca Jin' <rebeccajin@quinnemanuel.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

Rebecca,

As we discussed on our call yesterday, our requests for production were served on June 3, 2025. Both you and former counsel confirmed that nothing was being withheld on the basis of your objections (aside from the date range). As such, will you be amending your responses to remove the objections? Additionally, despite it being over four months since our requests were served, you have only produced 87 pages worth of documents. There are major gaps within the production. I understand that you confirmed to be making another production next week. Please advise as to the search terms and custodians used in your review. If none were used, please advise as to how you conducted your reasonable search. We look forward to receiving your next production.

We will agree to run the search terms below and advise as to the volume of documents so that we can have a continued conferral on proportionality and relevance. By agreeing to run these specific terms, we are not waiving any right regarding our objections or conceding that we will agree to production of every category of document that we discussed on our call yesterday.

As far as the specific requests for production that we discussed on the phone yesterday, we are still internally assessing the points that you raised and will get back to you in due course.

- “jay Jackson” or jay@abacuslife.com
- (Anthony* or tony* or annino*) and (jay* or Jackson*)
- (“renegade” or “riverrock”) and (abl* or “abacus”)
- (Confidential* w/5 agree*) or "confidentiality agreement" and (jay* or jackson* or abacus* or abl*)
- data* w/5 *room* /5 (abacus or abl)
- Anthony.annino@gmail.com and (abl* or “abacus” or jay@abacuslife.com)
- “project water” or *water* or (project* w/5 water*)
- valuation* and (financ* or revenue* or profit* or portfolio* or cost*) and 2023
- "valuation model" and 2023
- (*renegade* or *riverrock*) and (valuation* or valu*) and (data* or support*)
- (board* or invest* or slide*) w/10 (present* or deck*) and (abl* or “abacus” or jay@abacuslife.com)
- (jackson or jay or abacus or abl*) and (breach*)
- breach* w/10 agree* and (abl* or “abacus” or jay@abacuslife.com)
- (Donna* or Horowitz* or "the deal" or *thedeal.com*) and (abacus* or abl* or jay* or jackson* or acqui* or ((board* or invest* or slide*) w/10 (present* or deck*)))
- (abacus* or abl* or jay* or jackson* or acqui*) and ((board* or invest* or slide*) w/10 (present* or deck*))
- “Abacus Accidentally Posts Document on Potential RiverRock Deal”
- Employee* w/10 (resign* or depart* or leav* or left*)
- (“denny Mathew” or Mathew* or *Mathew*) and (resign* or depart* or leav* or left*)
- “chief underwriting officer” or (chief* w/10 underwrit*) or cuo* and (resign* or depart* or leav* or left*)
- (“Valerie coffey” or Valerie* or *coffey* or val*) and (resign* or depart* or leav* or left*)
- (“coo” or “chief operating officer” or coo*) and (resign* or depart* or leav* or left*)
- (control* or controller*) and (resign* or depart* or leav* or left*)
- (“brian rosenswike” or *rosenswike*) and (resign* or depart* or leav* or left*)
- “director of medical underwriting” or (direct* w/10 underwrit*) and (resign* or depart* or leav* or left*)
- (tony* or annino* or anthony*) and (obra*) and (resign* or depart* or leav* or left*)
- ("ceo" or "chief operating officer") and (resign* or depart* or leav* or left*)
- (recruit* or search* or succession* or onboard* or hire* or hiring* or position* or candidate* or reference* or compensation* or replace*) and ((“brian rosenswike” or *rosenswike*) or “director of medical underwriting” or (direct* w/10 underwrit*) or (control* or controller*) or (“Valerie coffey” or Valerie* or *coffey* or val*) or (“coo” or “chief operating officer” or coo*) or (“denny Mathew” or Mathew*) or “chief underwriting officer” or (chief* w/10 underwrit*) or cuo* or "ceo" or "chief operating officer" or (*tony* or *annino* or *anthony*))
- Invest* and (abacus* or abl* or breach*)
- (withdraw* or (pull* w/5 out*) or terminat* or discontinu* or declin* or forward* or reconsider* or concern*) w/10 invest*
- Fundrais* or (rais* w/10 fund*)
- Rais* w/10 capital*
- million* and (invest* or capital*)
- (withdraw* or (pull* w/5 out*) or terminat* or discontinu* or declin* or forward* or reconsider* or concern*) w/10 capital*

- (riverrock* or renegade*) and (financ* or forecast* or "plan" or "plans" or "planning" or (balance sheet) or "cash flow" or (financ* w/5 statement*) or asset* or income*)
- (invest* w/10 present*) or (financ* w/10 model*) or (value* or valuation*) or (letter* w/10 inten*) or "LOI" or loi* or (term* w/10 sheet*)

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Rebecca Jin <rebeccajin@quinnemanuel.com>
**Sent:** Tuesday, September 30, 2025 11:51 AM
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Benjamin, Angela (OfCnl-MIA-LT) <Angela.Benjamin@gtlaw.com>
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

Hi Jennifer,

We have prepared the below list of search terms related to Abacus's First Set of Requests For Production:

- *Abacus*
- "jay" or "jay Jackson" or jay@abacuslife.com
- *abacuslife.com*
- (Anthony* or tony* or annino*) and (jay* or Jackson*)
- ("renegade" or "riverrock") and (abl* or "abacus")
- (Confidential* w/5 agree*) or "confidentiality agreement" and (jay* or jackson* or abacus* or abl*)
- data* w/5 *room*
- gdrive* or ("google" w/5 drive*) or *drive.google.com*
- Anthony.annino@gmail.com
- "project water" or *water* or (project* w/5 water*)
- valuation* and (financ* or revenue* or profit* or portfolio* or cost*) and (2020 or 2021 or 2022 or 2023)
- "valuation model"
- (*renegade* or *riverrock*) and (valuation* or valu*)
- (*renegade* or *riverrock*) and (valuation* or valu*) and (data* or support*)
- (board* or invest* or slide*) w/10 (present* or deck*)
- (board deck) or (slide deck) or (investor presentation)
- (jackson or jay or abacus or abl*) and (8k* or "8k" or "8-k" or 8-k)
- (jackson or jay or abacus or abl*) and (breach*)
- breach* w/10 agree*
- (Donna* or Horowitz* or "the deal" or *thedeal.com*) and (abacus* or abl* or jay* or jackson* or acqui* or ((board* or invest* or slide*) w/10 (present* or deck*)))
- (abacus* or abl* or jay* or jackson* or acqui*) and ((board* or invest* or slide*) w/10 (present* or deck*))
- "Abacus Accidentally Posts Document on Potential RiverRock Deal"
- riverrock* and payroll*
- (abacus* or abl*) and payroll*
- Employee* w/10 (resign* or depart* or leav* or left*)

- (“denny Mathew” or Mathew* or *Mathew*)
- (“denny Mathew” or Mathew* or *Mathew*) and (resign* or depart* or leav* or left*)
- “chief underwriting officer” or (chief* w/10 underwrit*) or cuo*
- (“Valerie coffey” or Valerie* or *coffey* or val*) and (resign* or depart* or leav* or left*)
- “Valerie coffey” or Valerie* or *coffey* or val*
- (“coo” or “chief operating officer” or coo*) and (resign* or depart* or leav* or left*)
- (control* or controller*) and (resign* or depart* or leav* or left*)
- “brian rosenswike” or *rosenswike*
- (“brian rosenswike” or *rosenswike*) and (resign* or depart* or leav* or left*)
- “director of medical underwriting” or (direct* w/10 underwrit*)
- Obra*
- (tony* or annino* or anthony*) and (obra*)
- (tony* or annino* or anthony*) and (obra*) and (resign* or depart* or leav* or left*)
- ("ceo" or "chief operating officer") and (resign* or depart* or leav* or left*)
- (recruit* or search* or succession* or onboard* or hire* or hiring* or position* or candidate* or reference* or compensation* or replace*) and ((“brian rosenswike” or *rosenswike*) or “director of medical underwriting” or (direct* w/10 underwrit*) or (control* or controller*) or (“Valerie coffey” or Valerie* or *coffey* or val*) or (“coo” or “chief operating officer” or coo*) or (“denny Mathew” or Mathew* or *Mathew*) or “chief underwriting officer” or (chief* w/10 underwrit*) or cuo* or "ceo" or "chief operating officer" or (*tony* or *annino* or *anthony*))
- Invest* and abacus*
- Invest* and abl*
- (withdraw* or (pull* w/5 out*) or terminat* or discontinu* or declin* or forward* or reconsider* or concern*) w/10 invest*
- Fundrais* or (rais* w/10 fund*)
- Rais* w/10 capital*
- million* and (invest* or capital*)
- (withdraw* or (pull* w/5 out*) or terminat* or discontinu* or declin* or forward* or reconsider* or concern*) w/10 capital*
- (riverrock* or renegade*) and (financ* or forecast* or "plan" or "plans" or "planning" or (balance sheet) or "cash flow" or (financ* w/5 statement*) or asset* or income*)
- (invest* w/10 present*) or (financ* w/10 model*) or (value* or valuation*) or (letter* w/10 inten*) or “LOI” or loi* or (term* w/10 sheet*)
- Obra* w/10 (riverrock* or renegade*)
- Obra* w/10 acqui*
- “Obra Plans to Buy RiverRock”
- ((*limited partner*) or LP*) and consent*

Regards,
Rebecca

---

**From:** Rebecca Jin
**Sent:** Monday, September 29, 2025 5:58 PM
**To:** 'jungerj@gtlaw.com' <jungerj@gtlaw.com>; Sheila.Oretsky@gtlaw.com; Angela.Benjamin@gtlaw.com
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

Hi Jennifer,

As requested, please see the below meet and confer topics:

1. Responses for which Abacus seeks clarification and/or confirmation:

   a. Interrogatory Nos. 2, 3
   b. RFP Nos. 3, 4, 5, 6, 7, 9, 10, 11, 12, 13, 14, 24, 30, 32, 33, 34, 35
2. RiverRock's incomplete responses:
   a. Interrogatory Nos. 2, 4, 5
3. RiverRock's insufficient responses:
   a. Interrogatory Nos. 6, 9, 10
   b. RFP No. 16
4. RiverRock's improper refusal to answer:
   a. Interrogatory Nos. 7-8

Thanks,
Rebecca

---

**From:** jungerj@gtlaw.com <jungerj@gtlaw.com>
**Sent:** Thursday, September 25, 2025 6:12 AM
**To:** Rebecca Jin <rebeccajin@quinnemanuel.com>; Sheila.Oretsky@gtlaw.com; Angela.Benjamin@gtlaw.com
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** Re: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

---

Rebecca,

In advance of the call can you please advise what you wish to discuss so we can be best prepared for the call?

Thanks!

---

**From:** Rebecca Jin <rebeccajin@quinnemanuel.com>
**Sent:** Wednesday, September 24, 2025 3:28:58 PM
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Benjamin, Angela (OfCnl-MIA-LT) <Angela.Benjamin@gtlaw.com>
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

Counsel,

We are available for a meet and confer on Tuesday, September 30, at 1:00 pm ET. We will circulate a calendar invitation shortly.

Regards,
Rebecca

---

**From:** jungerj@gtlaw.com <jungerj@gtlaw.com>
**Sent:** Wednesday, September 24, 2025 7:22 AM
**To:** Rebecca Jin <rebeccajin@quinnemanuel.com>; Sheila.Oretsky@gtlaw.com; Angela.Benjamin@gtlaw.com
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger

<kathleenmessinger@quinnemanuel.com>
**Subject:** RE: RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

---

Rebecca,

Thank you for advising as to the status of the production and confirming that you will send search terms. Once we receive the search terms and agree on them, we will run the searches for production.

I am traveling this week but am largely available next week. Are you free on Tuesday, anytime after 10:30?

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Rebecca Jin <rebeccajin@quinnemanuel.com>
**Sent:** Tuesday, September 23, 2025 4:27 PM
**To:** Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Benjamin, Angela (OfCnl-MIA-LT) <Angela.Benjamin@gtlaw.com>
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>
**Subject:** RiverRock v. Abacus: RiverRock's R&Os to Abacus's Written Discovery

***EXTERNAL TO GT***

Counsel,

Thank you for sending RiverRock's responses and objections to Abacus's First Set of Interrogatories and Requests for Production. Please let us know your availability to meet and confer later this week on RiverRock's responses and objections to Abacus's interrogatories and requests for production.

We are continuing to work on making the next document production, which we anticipate will be served by mid-October. We are also preparing search terms, which we will send before the meet and confer.

Regards,
Rebecca

**Rebecca Jin**
*Associate,*
Quinn Emanuel Urquhart & Sullivan, LLP

555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
650-801-5077 Direct
650.801.5000 Main Office Number
650.801.5100 FAX
rebeccajin@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended

recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.