# EXHIBIT B

**From:** jungerj@gtlaw.com
**Sent:** Thursday, July 23, 2026 8:50 AM
**To:** Alex Zuckerman; Joshua Hall
**Cc:** Rebecca Jin; Kathleen Messinger; Sheila.Oretsky@gtlaw.com; Raquel.Acuna@gtlaw.com
**Subject:** Meet and Confer Summary

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

Alex,

Thanks for the meet and confer this morning. Here is a summary of our call, please advise if your recollection is different than mine by the end of the day. Otherwise, I will prep the Joint Notice and circulate for your review.

**Text Messages/imessages:**

- You have searched for and will produce text messages and imessages from the following individuals by today: Jeff Smith, Bill McCauley and Jeff Smith using the following search terms:
    - RiverRock
    - “RR”
    - Annino
    - Tony OR Anthony
    - Gabe
    - Lucas OR Luke
    - Siegel
    - Water OR “Project Water”
    - “Deck”
    - “Board Deck”
    - “Public Deck”
    - “ICR” OR “Notified”
- RiverRock has asked that you also search for Chris Romaine and Sean McNealy and that you apply these additional search terms to all five custodians. Just for these terms, the date range is reduced to September 1, 2023 through January 31, 2024.
    - “Valuation model” “purchase price”
    - Confidentiality agreement
    - Confidential information
    - Breach!
    - “Letter agreement”
    - Acquisition or acquire
    - Deal
    - Donna or Horowitz
    - Negotiat!
    - Post!
    - 8-k

  - Remov! Or "take down" or replac!
- You advised that none of these people communicate with whatsapp and that the searches would include all of their correspondence with board members
- You advised that you would run searches on the additional custodians and search terms and get back to me next week. You advised you believe you could make a production next week.
- I will re-iterate our previous emails that we will seek court intervention to re-open Jay Jackson's deposition based on anything belatedly produced today or after the deposition should that be necessary.

**Internal Correspondence to Request Nos. 1-4, 6, 9-10, 12, 16-17, 18-23:**

- You represented that you aren't withholding any non privileged internal correspondence and that there just simply wasn't a lot of correspondence on this as McCauley and Jackson sit next to each other and largely talk in person.
- You advised that we should ask Jackson about this during his depo.
- I asked if you would run the same additional search terms and custodians listed above. You said you would run the search and see the hits.
- We disagree that nothing further exists here.

**Request 14:**

- You confirmed that Abacus has nothing responsive here and neither does ICR. Only notified would have that information. Do you know the complete name and contact information for Notified?

**Request 25:**

- We agree here that as long as this defense is not raised again, we have an agreement.

**Amended Answer:**

- You will send us your amended answer and affirmative defenses so we can determine whether we object to the leave. We need this promptly as our deadline to strike the defenses is next week.

**RFAs:**

- You agree to an enlargement on our responses to RFAs through 7/31

**Farber**:

- You agree to accept the subpoena via email sent yesterday on his behalf

**Gabe/Luke**:

- Luke is available on 8/25. Gabe is available on 8/31
- Please promptly advise if those dates work so we can block our calendars.

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.