**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 6:25-cv-00424-CEM-NWH |

**UNOPPOSED MOTION TO RESCHEDULE THE HEARING SCHEDULED FOR AUGUST 19, 2026 AT 09:30 A.M.**

Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC ("Plaintiff"), pursuant to the Honorable Magistrate Judge Nathan W. Hill's Order on Discovery at Paragraph 6 (ECF 37), Notice of In-Person Hearing set for August 19, 2026 (ECF 102), and Endorsed Order Taking Plaintiff's Motion to Compel Under Advisement (ECF 103), respectfully moves this Court to reschedule the in-person hearing currently set for August 19, 2026 at 9:30 a.m. before the Honorable Magistrate Judge Nathan W. Hill. Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc. ("Defendant") does not oppose the requested relief. In support, Plaintiff states:

1. On August 10, 2026, the Court entered a Notice setting an in-person hearing on Plaintiff's Motion to Compel Responsive Electronic Messages and Internal Emails (ECF No. 98) and Plaintiff's Motion to Compel ICR Services, Inc. to Produce Documents in Compliance with the Subpoena (ECF No. 99) for August 19, 2026 at 9:30 a.m. in Orlando Courtroom 4D. *See* ECF No. 102.

2. Plaintiff respectfully requests that the hearing be rescheduled because August 19, 2026 is the first day of school for the children of all counsel for Plaintiff. Specifically, it is the undersigned's child's first day of school ever and attendance with her children is required for the first two days to ensure a smooth transition.

3. Undersigned counsel conferred with counsel for Defendant regarding the requested rescheduling. Defendant does not oppose this Motion.

4. The parties have also conferred regarding alternative hearing dates and are mutually available on the following dates, at the Court's convenience:

- Thursday, August 27, 2026;
- Friday, August 28, 2026; and
- Monday, August 31, 2026.

5. The parties are also continuing to meet and confer and would request that the deadline for the joint notice certifying conferral also be extended to two days prior to the new hearing date. This will give the parties sufficient time to confer on the remaining issues.

6. The parties respectfully defer to the Court's availability and preference as to the date and time of the rescheduled hearing.

**WHEREFORE**, Plaintiff respectfully requests that the Court reschedule the August 19, 2026 hearing to August 27, August 28, or August 31, 2026, at a time convenient for the Court, and grant such other and further relief as the Court deems appropriate.

**RULE 3.01(g) CERTIFICATE OF CONFERRAL**

Pursuant to Local Rule 3.01(g), undersigned counsel certifies that counsel for Plaintiff conferred with counsel for Defendant regarding the relief requested in this Motion. Defendant does not oppose Plaintiff's request to reschedule the August 19, 2026 hearing. The parties have also conferred regarding alternative hearing dates and are mutually available on August 27, August 28, and August 31, 2026, subject to the Court's availability and preference.

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0560

By: */s/ Jennifer Junger*
A. SHEILA ORETSKY
*Lead Counsel*
Florida Bar No. 31365
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
JENNIFER JUNGER
Florida Bar No. 125853
jungerj@gtlaw.com
fernandezfe@gtlaw.com

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 12th day of August, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By: *<u>/s/ Jennifer Junger</u>*
JENNIFER JUNGER