**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS, LLC, a Delaware limited liability company,

Plaintiff,

v. Case No. 6:25-cv-00424-CEM-NWH

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

---

**JOINT NOTICE REGARDING HEARING ON DISCOVERY MOTIONS**

Pursuant to Order 2 of the Standing Order of Judge Hill Regarding Discovery Motions (ECF 37) and this Court's August 10, 2026 and August 12, 2026 Orders (ECF 103, 106), Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC ("RiverRock" or "Plaintiff") and Defendant Abacus Global Management, Inc. ("Abacus" or "Defendant") file this Joint Notice certifying ongoing conferral regarding Plaintiff's Motions to Compel. (ECF No. 98 and 99).

Plaintiff filed two motions to compel (1) Plaintiff's Renewed Motion to Compel regarding internal text messages and emails ("Renewed Motion") (ECF 98); and (2) Motion to Compel the production of documents from nonparty witness ICR Services, Inc. ("ICR Motion") ("ICR") (ECF 99).

I. <u>Renewed Motion</u>

In advance of filing the Renewed Motion, Plaintiff undertook many meet and confer efforts with emails dated April 27, 29, May 13, 28, July 15, 18, 21, 23, 24, 27, 28, and 29, and telephone calls on July 16, 22, and 23, 2026 regarding the (1) production of text messages or other message-based communications like imessage or Whatsapp; and (2) the production of internal email correspondence for Request Nos. 1-4, 6, 9-10, 12, 16-17, 18-23.

Since the filing of the Renewed Motion, the Parties have continued to meet and confer in good faith. After the July 23 phone call, Abacus agreed to run additional search terms and custodians to locate responsive internal text messages and emails. On August 9, 2026, Abacus circulated hit reports and asked if the Parties could further confer on the search terms. The Parties had an additional meet and confer phone call on August 10 where the parties revised the search terms and Abacus has ultimately agreed to utilize the search terms agreed upon during the August 10 phone call.

Abacus produced some text messages on July 23, 2026 the night before the deposition of its CEO. The production appeared deficient to RiverRock as it lacked internal correspondence between Abacus individuals or board members about the potential transaction and Abacus' decision to not move forward with the letter of intent. Despite Abacus' agreement to run the additional search terms and custodians, Abacus confirmed in writing on August 23, 2026 that after having run the additional terms and custodians "there are no additional text messages to produce."

The Parties further conferred via zoom on August 24, 2026 where counsel again represented that there are no additional text messages to produce. Abacus also confirmed that it is in the process of reviewing 8000+ emails and documents pursuant to the search terms and custodians that the Parties agreed to during the August 10, 2026 phone call. Plaintiff is awaiting further production, but Abacus has represented that it will complete production by September 4, 2026.

II. ICR Motion

The Subpoena directed to ICR had a response date of July 14, 2026. As of the date of the filing of the ICR Motion, no ICR documents had been produced. Since the filing of the ICR Motion, there have been three ICR productions. However, the productions were missing (1) any correspondence between ICR and Abacus—even documents that had been produced by Abacus' own witnesses, (2) any correspondence during the relevant time period of November and December 2023, (3) any emails regarding the Q3 2023 Board Deck, the posting of the deck and the take down of the board deck, (4) any emails related to RiverRock, (5) any documents discussing the confidentiality obligations of ICR, (6) any documents discussing protocol for how Abacus and ICR share information and determine what gets posted, and (7) any documents showing the relationship between ICR and Notified.

RiverRock conferred with Quinn Emanuel, who is both counsel for Abacus and counsel for ICR on August 10 via email and by phone. RiverRock and ICR's counsel met and conferred again via email on August 18, 19, 20 and 23, 2026. Finally, the

parties met and conferred via zoom on August 24, 2026 whereby ICR's counsel represented that ICR had used the wrong domain name for Abacus which is why the initial search did not pull back any documents between ICR and Abacus. ICR's counsel has also confirmed that ICR will be producing a document regarding confidentiality and that it has received additional documents that it intends to produce in full but for a privilege review. ICR's counsel also confirmed that it is not withholding any ICR documents at this point other than on privilege grounds, with privileged documents being logged. ICR's counsel confirmed that it will complete the ICR production by September 4, 2026.

In conclusion, at this time, the issues in the Renewed Motion and the ICR Motion are resolved based on Abacus' representations that all responsive documents for both the Renewed Motion and the ICR Motion will be produced by September 4, 2026 and that no document is being withheld but for privilege. However, to the extent that such additional documents are not produced by September 4, 2026 or if the productions remain deficient, RiverRock reserves its right to renew these motions.

Respectfully submitted,

DATED: August 25, 2026

| | |
|---|---|
| */s/ Jennifer Junger* | */s/ Alex Zuckerman* |
| **GREENBERG TRAURIG, P.A.** | **QUINN EMANUEL URQUHART & SULLIVAN, LLP** |
| Sheila Oretsky (Fla. Bar No. 31365) | Alex Zuckerman (*pro hac vice*) |

sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

Jennifer Junger (Fla. Bar No. 12583)
jungerj@gtlaw.com
fernandezfe@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Rebecca Jin (*pro hac vice*)
rebeccajin@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

*Attorneys for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of August, 2026, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Jennifer Junger*
Jennifer Junger, Esq.