# EXHIBIT 11

**RiverRock Funds LLC**
*Valuation Model*
*9/30/2023*

| *Actual* | | | | | | | | *Estimated* | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1Q22 | 2Q22 | 3Q22 | 4Q22 | 2022 | 1Q23 | 2Q23 | 3Q23 | 4Q23 | 2023 |
| **Sources** | | | | | | | | | | |
| Management Fees | 404,028 | 390,988 | 296,975 | 271,683 | 1,363,674 | 222,964 | 265,067 | 535,060 | 334,883 | 1,357,974 |
| Acquisition Fees | 77,730 | 51,615 | 125,910 | 225,780 | 481,035 | 191,460 | 31,800 | 32,145 | 200,000 | 455,405 |
| Carried Interest | - | - | - | - | - | - | - | - | - | - |
| **Total Sources** | 481,758 | 442,603 | 422,885 | 497,463 | 1,844,709 | 414,424 | 296,867 | 567,205 | 534,883 | 1,813,379 |
| **Uses** | | | | | | | | | | |
| Payroll | 918,261 | 580,272 | 709,909 | 719,351 | 2,927,793 | 650,616 | 750,310 | 643,792 | 798,000 | 2,842,718 |
| Rent | 132,176 | 129,161 | 140,868 | 132,452 | 534,657 | 138,505 | 120,749 | 137,718 | 140,991 | 537,963 |
| Commissions | - | 27,680 | 55,360 | 27,680 | 110,720 | - | 55,360 | 27,680 | 27,680 | 110,720 |
| Exp Reimb | 62,785 | 81,182 | 152,115 | 120,047 | 416,129 | 150,173 | 119,581 | 132,908 | 120,000 | 522,662 |
| P-Card | 22,952 | 36,171 | 33,208 | 40,632 | 132,963 | 46,660 | 49,892 | 34,746 | 45,000 | 176,298 |
| Accounting/Tax | 11,977 | (7,819) | 76,052 | 26,152 | 106,363 | 9,574 | 26,862 | 49,552 | 17,550 | 103,538 |
| Tech/Software/Service | 21,147 | 31,976 | 28,947 | 25,231 | 107,301 | 25,898 | 25,171 | 23,403 | 15,300 | 89,772 |
| Insurance | 0 | (171) | 3,837 | (5) | 3,662 | - | - | 3,900 | - | 3,900 |
| Misc Office | 15,181 | 48,208 | 133,246 | 80,534 | 277,169 | 116,240 | 64,152 | 40,582 | 89,600 | 310,575 |
| **Total Uses** | 1,184,480 | 926,660 | 1,333,542 | 1,172,074 | 4,616,756 | 1,137,666 | 1,212,077 | 1,094,281 | 1,254,121 | 4,698,145 |
| **Net Income (Loss)** | **(702,721)** | **(484,058)** | **(910,657)** | **(674,611)** | **(2,772,047)** | **(723,242)** | **(915,210)** | **(527,076)** | **(719,238)** | **(2,884,766)** |
| *SSW Contributions* | *800,000* | *400,000* | *965,000* | *900,000* | *3,065,000* | *650,000* | *950,000* | *900,000* | *800,000* | *3,300,000* |

| *Valuation (Sale of Management Contracts* | | | *Estimated* | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 |
| **Sources** | | | | | | | | | | |
| Management Fees | 1,363,674 | 1,357,974 | 1,222,177 | 1,099,959 | 989,963 | 890,967 | 801,870 | 721,683 | 649,515 | 584,563 |
| Acquisition Fees | 481,035 | 455,405 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 | 500,000 |
| Carried Interest | - | - | - | - | - | 500,000 | 500,000 | 250,000 | - | - |
| **Total Sources** | 1,844,709 | 1,813,379 | 1,722,177 | 1,599,959 | 1,489,963 | 1,890,967 | 1,801,870 | 1,471,683 | 1,149,515 | 1,084,563 |
| **Uses** | | | | | | | | | | |
| Payroll | 2,927,793 | 2,842,718 | 500,000 | - | - | - | - | - | - | - |
| Rent | 534,657 | 537,963 | 100,000 | 50,000 | - | - | - | - | - | - |
| Commissions | 110,720 | 110,720 | - | - | - | - | - | - | - | - |
| Exp Reimb | 416,129 | 522,662 | 100,000 | - | - | - | - | - | - | - |
| P-Card | 132,963 | 176,298 | - | - | - | - | - | - | - | - |
| Accounting/Tax | 106,363 | 103,538 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Tech/Software/Service | 107,301 | 89,772 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 |
| Insurance | 3,662 | 3,900 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| Misc Office | 277,169 | 310,575 | - | - | - | - | - | - | - | - |
| **Total Uses** | 4,616,756 | 4,698,145 | 755,000 | 105,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 | 55,000 |
| **Net Income (Loss)** | **(2,772,047)** | **(2,884,766)** | **967,177** | **1,494,959** | **1,434,963** | **1,835,967** | **1,746,870** | **1,416,683** | **1,094,515** | **1,029,563** |
| **Potential Synergies** | | | **500,000** | **600,000** | **700,000** | **750,000** | **750,000** | **750,000** | **750,000** | **750,000** |
| **Pro-Forma Cash Flow** | | | **1,467,177** | **2,094,959** | **2,134,963** | **2,585,967** | **2,496,870** | **2,166,683** | **1,844,515** | **1,779,563** |
| **Valuation @ 12.5%** | **10,029,963** | | | | | | | | | |