**CONFIDENTIAL**

# VIDEO DEPOSITION of ANTHONY ANNINO
Wednesday, July 29, 2026

CONFIDENTIAL

**Exhibit 1 |** Date: 7/29/2026
Witness: Anthony Annino

CONFIDENTIAL

**Exhibit 2 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 3 |** Date: 7/29/2026
Witness: Anthony Annino

CONFIDENTIAL

**Exhibit 4 |** Date: 7/29/2026
Witness: Anthony Annino

**CONFIDENTIAL**

**Exhibit 5 |** Date: 7/29/2026
Witness: Anthony Annino

**CONFIDENTIAL**

**Exhibit 6 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 7 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 8 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 9 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 10 |** Date: 7/29/2026
Witness: Anthony Annino

CONFIDENTIAL

**Exhibit 11 |** Date: 7/29/2026

Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 12 |** Date: 7/29/2026
Witness: Anthony Annino

**CONFIDENTIAL**

**Exhibit 13 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 14 |** Date: 7/29/2026
Witness: Anthony Annino

CONFIDENTIAL

**Exhibit 15 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 16 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 17 |** Date: 7/29/2026
Witness: Anthony Annino

CONFIDENTIAL

**Exhibit 18 |** Date: 7/29/2026
Witness: Anthony Annino

**CONFIDENTIAL**

**Exhibit 19 |** Date: 7/29/2026
Witness: Anthony Annino

CONFIDENTIAL

**Exhibit 20 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 21 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 22 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 23 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 24 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 25 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 26 |** Date: 7/29/2026
Witness: Anthony Annino

**CONFIDENTIAL**

**Exhibit 27 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 28 |** Date: 7/29/2026
Witness: Anthony Annino

# CONFIDENTIAL

**Exhibit 29 |** Date: 7/29/2026
Witness: Anthony Annino