UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 6:25-cv00424-CEM-UAM

RENEGADE CAPITAL GP LLC
Plaintiff,

v.

ABACUS LIFE, INC,
Defendant.

______________________________________/

**MEDIATION REPORT**

Pamela I. Perry, the mediator in this case, hereby submits the following Mediation Report and Notice of Adjournment:

1. On July 15, 2026, counsel and the parties in the above-referenced case convened virtually via Zoom for a mediation conference in this case.

2. On August 24, 2026, the undersigned filed a Notice of Adjournment pending further mediation communications, and stating that the undersigned would file an additional mediation report on or before September 11, 2026.

3. At this juncture, the undersigned hereby reports that the parties have reached an impasse in this case.

DATED this 10th day of September 2026.

Respectfully submitted,

/s/ *Pamela I. Perry*
Pamela I. Perry, Esq.
Fla. Bar No. 455271
PAMELA I. PERRY, P.A.
201 Alhambra Circle, Suite 1205
Coral Gables, Florida 33134
P: 305-202-3545

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to:

Sheila Oretsky, Esq.
Jennifer L. Junger, Esq.
Greenberg Traurig, P.A.
333 S.E. 2nd Avenue, Suite 4400
Miami, FL 33131
Sheila.Oretsky@gtlaw.com;
jungerj@gtlaw.com;
O: 305.579.0560
O: 305.579.0535
C: 516.448.4667
*Counsel for Plaintiff:*
*Renegade Capital GP LLC*

Rebecca Jin, Esq.
QUINN EMANUEL
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
D: 650-801-5077
rebeccajin@quinnemanuel.com;
Legal Assistant:
Ivette Galante
ivettegalante@quinnemanuel.com;
*Counsel for Defendant:*
*Abacus Life, Inc.*

Alex Zuckerman, Esq.
QUINN EMANUEL
295 5th Avenue, 9th Floor
New York, New York 10016
D: 212-849-7234
alexzuckerman@quinnemanuel.com;
*Counsel for Defendant:*
*Abacus Life, Inc.*

Kathleen S. Messinger McCarty, Esq.
QUINN EMANUEL
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
O: 213-443-3000
kathleenmessinger@quinnemanuel.com;
*Counsel for Defendant:*
*Abacus Life, Inc.*

By: /s/ *Pamela I. Perry*