**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v. Case No. 6:25-cv-00424-CEM-NWH

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

**JOINT UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS FOR SUMMARY JUDGMENT**

Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC ("RiverRock" or "Plaintiff"), and Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc. ("Abacus" or "Defendant") by and through their undersigned counsel, hereby move for an extension of time to respond in opposition to Defendant's Motion for Summary Judgment [ECF No. 118] and Plaintiff's Motion for Summary Judgment [ECF No. 117] respectively , and as grounds states the following:

1. Plaintiff and Defendant filed their Motions for Summary Judgment on September 1, 2026.

2. Plaintiff and Defendant's responses to the Motions are currently due on September 22, 2026.

3. Plaintiff requires a brief extension of time to prepare and file its response to Defendant's Motion for Summary Judgment, through and including September 30, 2026. Good cause exists for the requested extension. Plaintiff's counsel has had back-to-back depositions and mediations this week, which have required substantial preparation and attendance time. In addition, the response period has included and/or is impacted by several holidays, including Labor Day where counsel had preplanned travel, Rosh Hashanah, and Yom Kippur, further limiting the time available to complete Plaintiff's response.

4. Accordingly, Plaintiff respectfully requests a brief eight-day enlargement of time to respond to Defendant's Motion for Summary Judgment, from September 22, 2026, up to and including September 30, 2026. Defendant's counsel does not oppose the relief sought so long as the request is joint and reciprocal, which Plaintiff does not oppose. Accordingly, Defendant's request that its response deadline for Plaintiff's Motion for Summary Judgment also be extended through and including September 30, 2026.

5. The requested enlargement is made in good faith and not for purposes of delay. It does not impact any deadlines for trial.

WHEREFORE, Plaintiff and Defendant jointly request that this Court grant this motion for enlargement of time for Plaintiff to respond to Defendant's Motion for Summary Judgment and for Defendant to respond to Plaintiff's Motion for Summary Judgment through and including September 30, 2026, and for such other relief that this Court deems just and proper.

## LOCAL RULE 3.01(G) CERTIFICATION

Undersigned counsel hereby certifies that prior to filing this motion, Jennifer Junger, Esq. conferred in good faith with counsel for Defendant and is authorized to represent to the Court that Defendant does not oppose the relief sought in this motion and joins in on this motion requesting reciprocal relief.

Respectfully submitted,

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

By: */s/ Alex Zuckerman*
Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

*Attorneys for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

By: */s/ Jennifer Junger*
A. SHEILA ORETSKY
*Lead Counsel*
Florida Bar No. 31365
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
JENNIFER JUNGER
Florida Bar No. 125853
jungerj@gtlaw.com
fernandezfe@gtlaw.com
MIAlitdock@gtlaw.com

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2026, I electronically served the foregoing on all counsel of record identified on the below Service List by Registered E-mail.

Jason Sternberg, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
2601 S Bayshore Dr., Suite 1500
Miami, FL 33133
305-402-4880
jasonsternberg@quinnemanuel.com
alexzuckerman@quinnemanuel.com
kathleenmessinger@quinnemanuel.com
rebeccajin@quinnemanuel.com

*Attorneys for Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

By: */s/ Jennifer Junger*
JENNIFER JUNGER