# EXHIBIT D

**From:** Alex Zuckerman
**Sent:** Saturday, July 25, 2026 8:50 AM
**To:** jungerj@gtlaw.com
**Cc:** Joshua Hall; Rebecca Jin; Kathleen Messinger; Sheila.Oretsky@gtlaw.com; Raquel.Acuna@gtlaw.com
**Subject:** Re: Meet and Confer Summary

We will take Gabe's deposition on 8/31. Let us know other days Luke is available.

On Jul 25, 2026, at 7:42 AM, jungerj@gtlaw.com wrote:

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

---

Alex: apologies, that was clearly a typo, and I appreciate you bringing it to my attention. It was intended to say 8/31 not 7/31. A full reading of the chain would make that typo clear. My very first email on the topic said:

Luke is available on 8/25. Gabe is available on 8/31.

You said you were not available on 8/25 but that you would take Luke on 8/31.

My response to that was we would clear 7/31 (which was clearly intended to say 8/31 in direct response to your email) but that we had cleared that date with Gabe (not Luke) as per my original email.

You sent the email reserving 7/31 the night before Mr. Jackson's deposition. I responded within a reasonable 24 hour time frame.

Gabe is not available on 7/31.

---

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Friday, 24 July 2026 23:55:11
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>
**Cc:** Joshua Hall <joshuahall@quinnemanuel.com>; Rebecca Jin <rebeccajin@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Acuna, Raquel (LSS-MIA-LT) <Raquel.Acuna@gtlaw.com>
**Subject:** Re: Meet and Confer Summary

Jennifer,

In your email below yesterday, you represented that you reserved 7/31 and "cleared that date for Gabe." Alex confirmed with you—on the same day—that we would be proceeding with Gabe's deposition on 7/31. Now, less than an hour after the conclusion of Abacus's CEO's deposition, Gabe is suddenly unavailable on a date you confirmed yesterday was open and reserved for Gabe.

We sincerely hope RiverRock isn't unilaterally rendering unavailable the co-owner and chairperson of the plaintiff in this case simply because you did not like the testimony you heard today.

Please provide your availability to meet and confer on Monday. We will be moving to compel the deposition of Gabe Siegel to be taken on July 31, as proposed by you yesterday and confirmed by me on the same day.

Best,
Alex

On Jul 24, 2026, at 6:53 PM, jungerj@gtlaw.com wrote:

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

---

Alex,

Gabe is unavailable on 7/31. We will reserve Luke for 8/31.

Thanks,

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Thursday, July 23, 2026 8:39 PM
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Joshua Hall <joshuahall@quinnemanuel.com>
**Cc:** Rebecca Jin <rebeccajin@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Acuna, Raquel (LSS-MIA-LT) <Raquel.Acuna@gtlaw.com>
**Subject:** RE: Meet and Confer Summary

Jennifer,

We will take Gabe's deposition on 7/31 and Lucas on 8/31.

Thanks,
Alex

**From:** jungerj@gtlaw.com <jungerj@gtlaw.com>
**Sent:** Thursday, July 23, 2026 5:16 PM
**To:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Joshua Hall <joshuahall@quinnemanuel.com>
**Cc:** Rebecca Jin <rebeccajin@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Sheila.Oretsky@gtlaw.com; Raquel.Acuna@gtlaw.com
**Subject:** RE: Meet and Confer Summary

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

We did discuss that but unfortunately, we are not available that week due to travel and other cases depositions. We have a fair amount of availability the weeks of the 17th and 24th and I will reserve 7/31. I had cleared that date for Gabe though.

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Thursday, July 23, 2026 5:12 PM
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Joshua Hall <joshuahall@quinnemanuel.com>
**Cc:** Rebecca Jin <rebeccajin@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Acuna, Raquel (LSS-MIA-LT) <Raquel.Acuna@gtlaw.com>
**Subject:** RE: Meet and Confer Summary

We had discussed doing one deposition per week. Do you not have availability the week of the 10th?

**From:** jungerj@gtlaw.com <jungerj@gtlaw.com>
**Sent:** Thursday, July 23, 2026 5:10 PM
**To:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Joshua Hall <joshuahall@quinnemanuel.com>
**Cc:** Rebecca Jin <rebeccajin@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Sheila.Oretsky@gtlaw.com; Raquel.Acuna@gtlaw.com
**Subject:** RE: Meet and Confer Summary

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

Apologies, I don't recall you saying that you were unavailable on 8/25. What other days are you available that week?