# EXHIBIT E

**From:** jungerj@gtlaw.com
**Sent:** Monday, August 10, 2026 5:04 PM
**To:** Joshua Hall; Alex Zuckerman; Kathleen Messinger; Rebecca Jin; Sheila.Oretsky@gtlaw.com; Raquel.Acuna@gtlaw.com
**Subject:** RE: depositions

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

---

Joshua,

Gabe is no longer available on 8/31. Lucas can make himself available that day If you want to do his then. Lucas can also be available during that first week in September. Gabe can be available after labor day. Please provide some dates so we can check against our schedule and theirs. Once we land on dates, please notice the depositions promptly so that they can be held.

Thanks,

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

---

**From:** Joshua Hall <joshuahall@quinnemanuel.com>
**Sent:** Saturday, August 8, 2026 2:34 PM
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Rebecca Jin <rebeccajin@quinnemanuel.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Acuna, Raquel (LSS-MIA-LT) <Raquel.Acuna@gtlaw.com>
**Subject:** RE: depositions

***EXTERNAL TO GT***

Hi Jennifer,

As previously confirmed, we will take Gabe's deposition in-person on August 31. Does Lucas have availability during the first week of September?

We will circulate amended deposition notices next week

Thank you,

**Joshua Hall**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 5th Avenue
New York, New York 10016
212-849-7559 Direct
508-313-6949 Mobile
212-849-7000 Main Office Number
joshuahall@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

**From:** jungerj@gtlaw.com <jungerj@gtlaw.com>
**Sent:** Friday, August 7, 2026 7:10 PM
**To:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Rebecca Jin <rebeccajin@quinnemanuel.com>; Joshua Hall <joshuahall@quinnemanuel.com>; Sheila.Oretsky@gtlaw.com; Raquel.Acuna@gtlaw.com
**Subject:** depositions

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

---

Counsel: do you intend to take Lucas Siegel on 8/19 and Gabe Siegel on 8/31? You haven't noticed either deposition and the dates are fast approaching. We need to know.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.