**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v. Case No. 6:25-cv-00424-CEM-NWH

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC ("RiverRock" or "Plaintiff"), by and through its undersigned counsel, hereby moves for an extension of time to respond in opposition to Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.'s ("Abacus" or "Defendant") Motion for Summary Judgment [ECF No. 118], and as grounds states the following:

1. Plaintiff and Defendant filed their Motions for Summary Judgment on September 1, 2026. Plaintiff and Defendant's responses to the Motions were currently due on September 22, 2026.

2. On September 17, Plaintiff and Defendant filed a joint motion for enlargement of time to prepare and file their responses to summary judgment [ECF

No. 120]. Such motion was granted setting the new deadline to September 30, 2026 [ECF No. 121].

3. Plaintiff's counsel initially sought a modest enlargement and worked diligently to meet that deadline but unfortunately needs a second enlargement of time due to the final hearing in the Arbitration of the dispute between Rubin Interests, LLC and Meyers Family Partnership, Ltd., et al., before Arbiter: William B. Chandler III, on 10/6/2026 until 10/7/2026 from 10:00 AM to 6:00 PM.

4. Good cause exists for the requested extension. Lead counsel observed Yom Kippur on September 21, had all day deposition preparation on September 22, a full day deposition on September 24, a speaking engagement on September 25, and a hearing and two depositions on September 28. Each of these required substantial preparation and attendance time. In addition, many critical written submissions in advance of the final hearing are due on September 30. Lead Counsel made diligent efforts to complete its analysis and review of Defendant's Motion for Summary Judgment but could not do so in advance of the final hearing. Additionally, the undersigned, who is the other attorney on this matter is currently sick with laryngitis and the flu.

5. Plaintiff could not have foreseen the conflict with the final hearing and its response to summary judgment when it agreed to the summary judgment motion deadline of September 1, 2026 as set forth in the Case Management Order entered on May 23, 2025. The final arbitration was not set until June 27, 2026. Plaintiff's counsel

has done everything in its power to comply with this deadline but due to various holidays and the press of other work simply needs more time.

6. Accordingly, Plaintiff respectfully requests that the Court use its discretion to permit a second enlargement of time to respond to Defendant's Motion for Summary Judgment, from September 30, 2026, up to and including October 14, 2026.

7. Defendant's counsel opposes the relief sought.

8. The requested enlargement is made in good faith and not for purposes of delay. It does not impact any deadlines for trial. There are no additional case management deadlines until the Joint Pretrial Meeting on December 30, 2026 and the filing of the joint final pretrial statement on January 11, 2027. This modest enlargement does not impact either of those deadlines.

WHEREFORE, Plaintiff respectfully requests that this Court grant this motion for enlargement of time for Plaintiff to respond to Defendant's Motion for Summary Judgment through and including October 14, 2026, and for such other relief that this Court deems just and proper.

## LOCAL RULE 3.01(G) CERTIFICATION

Undersigned counsel hereby certifies that prior to filing this motion, Jennifer Junger, Esq. conferred in good faith with counsel for Defendant and is authorized to represent to the Court that Defendant opposes the relief sought in this motion.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

By: */s/ Jennifer Junger*
A. SHEILA ORETSKY
*Lead Counsel*
Florida Bar No. 31365
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
JENNIFER JUNGER
Florida Bar No. 125853
jungerj@gtlaw.com
fernandezfe@gtlaw.com
MIAlitdock@gtlaw.com

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I electronically served the foregoing on all counsel of record identified on the below Service List by Registered E-mail.

Jason Sternberg, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
2601 S Bayshore Dr., Suite 1500
Miami, FL 33133
305-402-4880
jasonsternberg@quinnemanuel.com
alexzuckerman@quinnemanuel.com
kathleenmessinger@quinnemanuel.com
rebeccajin@quinnemanuel.com

*Attorneys for Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

By: */s/ Jennifer Junger*
JENNIFER JUNGER