**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 6:25-cv-00424-CEM-NWH |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant Abacus Global Management, Inc. ("Abacus") submits this opposition to the Second Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (the "Motion") filed by Plaintiff RiverRock Funds LLC ("RiverRock"). ECF No. 127. RiverRock has not shown good cause for a second extension requested one day before the parties' respective oppositions are due when the principal reason for the second extension has been known to RiverRock's counsel for three months. The Court should deny RiverRock's belated request for at least three reasons.

***First***, Abacus readily joined RiverRock's request for a first extension,

which was sought to accommodate the holidays. *See* ECF No. 120 ¶¶ 1, 3. The Motion does not explain why RiverRock needs a second extension due to holidays that have already occurred. *See* ECF No. 127 ¶ 5.

***Second***, RiverRock's counsel had months to plan around the arbitration hearing, which was set on June 27—nearly three months before responses were originally due. *Id.* Indeed, RiverRock has known since May 23, 2025, that dispositive motion practice was scheduled to take place this month. *See* ECF No. 33 at 1 ("Case Management and Scheduling Order"). Moreover, Greenberg Traurig, LLP, RiverRock's counsel in this litigation, is a large law firm with hundreds of litigators and the resources to manage co-existing case schedules.

***Third***, a crowded calendar is not good cause to extend deadlines that have been known for months because of an arbitration that has also been known about for months. Like RiverRock, Abacus's counsel also balances multiple cases with competing deadlines. In fact, counsel for Abacus is taking a deposition tomorrow, the same day that Abacus's response is due.

Abacus has extended every professional courtesy, but a second extension would prejudice it, and would compress the time available for the Court to resolve the parties' cross-motions before the pretrial deadlines and the trial term set to begin in February 2027.

RiverRock's Motion should be denied.

DATED: September 29, 2026

*/s/ Alex Zuckerman*
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason D. Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017
(213) 443-3000

*Attorneys for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 29, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Alex Zuckerman*
Alex Zuckerman