# Exhibit A

## The Economic Damages Report of William E. Harris, ASA, CFA ("Harris Rep.")