# Exhibit B

**Deposition Transcript of William E. Harris, ASA, CFA, taken on July 14, 2026 (“Harris Depo.”)**