# Exhibit C

## Deposition Transcript of Dr. Matthew Farber, PhD, taken on August 21, 2026 ("Farber Depo.")