# Exhibit E

## Deposition Transcript of Anthony Annino, taken on July 29, 2026 (“Annino Depo.”)