**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS, LLC, a Delaware limited liability company,

Plaintiff,

v. Case No. 6:25-cv-00424-CEM-NWH

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

**DECLARATION OF DENNY MATHEW IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO LIABILITY**

I, Denny Mathew, hereby declare as follows:

1. I am over 18 years of age, of sound mind, and otherwise competent to make this declaration in support of Plaintiff's Motion for Partial Summary Judgment as to Liability. This declaration is made under penalty of perjury pursuant to 28 U.S.C. Section 1746 and the evidence set out in the foregoing Declaration is based upon my personal knowledge. I could and would competently testify to the facts stated herein if called upon by the Court to do so.

2. I was employed by Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC ("RiverRock") for approximately 6.5 years. I was hired on or around August 2017 as "Director, Actuarial Officer." In January of 2019 I was promoted to Chief

Underwriting Officer. I remained at RiverRock until my resignation in December 2023.

3. Before November 14, 2023, I enjoyed my job and had no plans to resign from RiverRock or seek employment elsewhere.

4. Before November 14, 2023, I was unaware that RiverRock and Abacus Life, Inc. ("Abacus") had engaged in discussions concerning a potential acquisition of RiverRock.

5. On November 14, 2023, Joshua Funt, an industry peer, emailed me on my personal Gmail attaching a board deck called "Board Deck – 3Q Final 11-9-23." A true and correct copy of this email and its attachment, bates labeled as MATHEW_000001-000040, is attached hereto as **Exhibit "1"**.

6. I reviewed the Board Deck when I received it and saw two pages that related to RiverRock and displayed the heading "ABL Wealth Advisors – Acquisition of RiverRock Funds." I understand that RiverRock's counsel has since bates labeled the two pages as MATHEW_000022-23. Both pages also referred to major reductions to RiverRock's payroll. Specifically, MATHEW000022 stated "Reduce Gross Costs to 755k in 2024 due to labor and infrastructure redundancies." MATHEW000023 contained a financial model of RiverRock that showed a payroll reduction of $2,842,718 in 2023 to $500,000 in 2024.

7. Based on the magnitude of the reductions reflected in the Board Deck and my lack of prior knowledge concerning the potential acquisition, I became concerned that my position at RiverRock was not secure. Before receiving the Board

Deck, I had not been seeking other employment. After reviewing it, I began looking for another position.

8. On November 27, 2023, I forwarded the Board Deck to my colleague at RiverRock, Valerie Coffey, who was then RiverRock's Chief Operating Officer. A true and correct copy of this email and attachment bates labeled as MATHEW_000085-000123 is attached hereto as **Exhibit "2"**. During a conversation I had with her following my email, she told me that she was also unaware of the potential acquisition with Abacus and its subsequent plans to reduce payroll. Based on my conversation with her, she also began looking for new employment.

9. On December 5, 2023, after I had already received the Board Deck from Joshua Funt and sent it to Valerie Coffey, an industry reporter, Donna Horowitz, published an article in the Deal titled "Abacus Accidentally Posts Document on Potential RiverRock Deal." The article made specific reference to the potential acquisition and that RiverRock's $4.6 million in gross costs for 2023 would be reduced to $755,000 in 2024 "due to labor and infrastructure redundancies." I rely on the article here to describe the information disseminated within the industry and its effect on me and others with whom I personally interacted.

10. Valerie Coffey had a subscription to the Deal and shared articles with everyone at RiverRock when they became available. This is how the remainder of the RiverRock employees came to learn that their jobs were no longer secure.

11. The article was published during the Institutional Longevity Markets Association (ILMA) Investor Summit. This is an industry conference for the life

settlement industry. I personally attended the conference, as well as many major players in the life settlement industry. I personally knew most of the individuals at the conference. Immediately following publication, the conference was widely talking about the potential acquisition between RiverRock and Abacus and the massive reductions to payroll. It was particularly embarrassing that the article was published during that conference.

12. After the article was published, I was approached by colleagues and other industry professionals asking me if I was aware of the potential acquisition, the anticipated reductions at RiverRock, and what my future plans were. The whole ordeal was embarrassing because I had not previously known about the potential acquisition and could not answer questions concerning RiverRock's plans or the security of my position.

13. Once the article came out, RiverRock entered a state of disarray. It was a small, tight-knit company and the employees I interacted with were now visibly panicked and uncertain about the future of their jobs. Several of my colleagues told me that they began looking for other jobs after the article was published.

14. I formally resigned on or around December 27, 2023. In my resignation records, I stated that I was leaving for personal reasons. My personal reason for resigning was my lack of certainty that I would have continued employment at RiverRock either because it would be sold or because the company had been so damaged after the breach that it could no longer operate. This uncertainty only arose directly from Abacus' disclosure described above.

I declare under penalty of perjury that the foregoing is true and correct.

This declaration was executed this 1st day of September 2026, in Jericho, New York.

/s/
Denny Mathew



ACTIVE 727848674v2

# EXHIBIT 1

# CONFIDENTIAL

# Board Deck – 3Q Final 11-9-23

# EXHIBIT 2

**CONFIDENTIAL**

# Denny Mathew 11-27-23 Email forwarding Board Deck – 3Q Final 11-9-23