# Exhibit N

## Expert Report of Dr. Matthew Farber dated July 2, 2026 (“Farber Report”)