# Composite Exhibit O

## Trugman_003706 and Trugman_003708