# Exhibit P

**Data summarized from Trugman_00289**