# EXHIBIT 15

To be filed as proposed sealed document to forthcoming motion to seal