# EXHIBIT 16

To be filed as proposed sealed document to
forthcoming motion to seal