# EXHIBIT 2

**From:** Alex Zuckerman
**To:** Oretsky, Sheila (Shld-MIA-LT); Junger, Jennifer L. (Shld-MIA-LT)
**Cc:** Jason Sternberg; Kathleen Messinger; Joshua Hall
**Subject:** RE: New Mediators
**Date:** Thursday, July 23, 2026 12:57:39 PM

Sheila,

We do not believe that it will be productive to continue mediating with Pam at this time. You do not need to rearrange your schedule around August 3.

Best,
Alex

**From:** Sheila.Oretsky@gtlaw.com <Sheila.Oretsky@gtlaw.com>
**Sent:** Thursday, July 23, 2026 10:45 AM
**To:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; jungerj@gtlaw.com
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Joshua Hall <joshuahall@quinnemanuel.com>
**Subject:** RE: New Mediators

**[EXTERNAL EMAIL from sheila.oretsky@gtlaw.com]**

We often use those mediators and they are both excellent, but we will not agree to using a new mediator. We have complied with our mediation requirement and Pam already knows the case and does her job well. We will not continue to waste time and bringing in someone new to attempt to complete an adjourned mediation is a complete waste of time. If you think August 3 is going to be a waste of time with Pam then please let us know and we can cancel. Thanks.

**From:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>
**Sent:** Thursday, July 23, 2026 10:40 AM
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>
**Cc:** Jason Sternberg <jasonsternberg@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Joshua Hall <joshuahall@quinnemanuel.com>
**Subject:** New Mediators

***EXTERNAL TO GT***

Jennifer –

We would like to float Judge Hanzman and Harry Schafer as potential alternatives.

Best,

Alex

**Alex Zuckerman**
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
202-270-3474 Direct
212-849-7000 Main Office Number
212-849-7100 FAX
alexzuckerman@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.