# EXHIBIT 4

**From:** Junger, Jennifer L. (Shld-MIA-LT)
**To:** Alex Zuckerman; Kathleen Messinger; Rebecca Jin; Joshua Hall; Oretsky, Sheila (Shld-MIA-LT); Acuna, Raquel (LSS-MIA-LT)
**Subject:** depositions
**Date:** Friday, August 7, 2026 7:09:37 PM

---

Counsel: do you intend to take Lucas Siegel on 8/19 and Gabe Siegel on 8/31? You haven't noticed either deposition and the dates are fast approaching. We need to know.