**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

Case No.: 6:25-cv-00424-CEM-NWH

**JOINT NOTICE REGARDING HEARING ON DISCOVERY MOTIONS**

Pursuant to Order 9 of the Standing Order of Judge Hill Regarding Discovery Motions, Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC ("RiverRock" or "Plaintiff") and Defendant Abacus Global Management, Inc. ("Abacus" or "Defendant") file this Joint Notice certifying ongoing conferral regarding Defendant's Motion to Compel the Deposition of Gabriel Siegel, *see* ECF No. 125 (the "Motion"). The Motion is scheduled to be heard on October 8, 2026, at 9:30 AM (the "Hearing"). *See* ECF No. 126.

The Parties further conferred regarding the Motion on October 5, 2026 and were unable to resolve the issues raised in the Motion.

Respectfully submitted,

DATED: October 6, 2026

/s/ *Jennifer Junger*
(Signed by Alex Zuckerman
with permission of Jennifer Junger
/s/ Alex Zuckerman)

**GREENBERG TRAURIG, P.A.**

Sheila Oretsky (Fla. Bar No. 31365)
sheila.oretsky@gtlaw.com
raquel.acuna@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

Jennifer Junger (Fla. Bar No. 12583)
jungerj@gtlaw.com
fernandezfe@gtlaw.com
333 S.E. 2nd Avenue, Suite 4400
Miami, Florida 33131
Telephone: (305) 579-0535

*Attorneys for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds, LLC*

/s/ *Alex Zuckerman*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**

Alex Zuckerman (*pro hac vice*)
alexzuckerman@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

Kathleen S. Messinger (*pro hac vice*)
kathleenmessinger@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000

Rebecca Jin (*pro hac vice*)
rebeccajin@quinnemanuel.com
555 Twin Dolphin Dr., 5th Floor
Redwood Shores, CA 94065
(650) 801-5000

*Attorneys for Defendant Abacus Life, Inc. n/k/a Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 6, 2026, a true and correct copy of the foregoing document was electronically filed with the Clerk of the Court using CM/ECF.

*/s/ Alex Zuckerman*
Alex Zuckerman