**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

**RENEGADE CAPITAL GP, LLC,**

**Plaintiffs,**

**v.**

**Case No. 6:25-cv-424-CEM-NWH**

**ABACUS LIFE, INC,**

**Defendant.**

| | | | |
|---|---|---|---|
| **United States Magistrate Judge:** | **NATHAN W. HILL** | **Courtroom:** | **4D** |
| **Deputy Clerk:** | J. Reyes | **Counsel for Plaintiff:** | Jennifer Junger |
| **Audio Recording:** | Digital https://www.flmd.uscourts.gov/webforms/digital-recording-transcript-request-form | **Counsel for Defendant:** | Jason D. Sternberg |
| **Date/Time:**<br><br>**Total Time:** | October 8, 2026<br>9:24 A.M.-10:08 A.M.<br>10:18 A.M.-10:29 A.M.<br>55 minutes | | |

**CLERK'S MINUTES**
**MOTION HEARING (Doc 125)**

Case called, appearances made, procedural setting by the Court.
Hearing proceeds on the above referenced motion as stated on the record.
Order on motion to enter.
Court adjourned**.**