**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

RENEGADE CAPITAL GP, LLC d/b/a RIVERROCK FUNDS LLC, a Delaware limited liability company,

Plaintiff,

v.

ABACUS LIFE, INC. n/k/a ABACUS GLOBAL MANAGEMENT, INC., a Delaware Corporation,

Defendant.

Case No.: 6:25-cv-00424-CEM-NWH

**UNOPPOSED MOTION FOR SPECIAL**
**ADMISSION OF JOSHUA HALL**

Joshua Hall, Esq. moves for special admission to represent Defendant Abacus Life, Inc. n/k/a/ Abacus Global Management, Inc. in this action.

1. I am neither a Florida resident nor a member in good standing of The Florida Bar.

2. I am a member in good standing of a bar of a United States district court, specifically the United States District Court for the Southern District of New York.

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in

the last thirty-six months in these cases in state or federal court in Florida: None.

4. I will comply with the federal rules and this Court's local rules.

5. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6. I have paid the fee for special admission or will pay the fee upon special admission.

7. I will register with the Court's CM/ECF system.

8. I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**Local Rule 3.01(g) Certification**

Undersigned counsel conferred with counsel for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC in advance of this filing this Motion. Counsel for Plaintiff Renegade Capital GP, LLC d/b/a RiverRock Funds LLC does not oppose the relief requested herein.

DATED: October 13, 2026

*/s/ Joshua Hall*

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Joshua Hall
joshuahall@quinnemanuel.com
295 5th Avenue, 9th Floor
New York, NY 10016
(212) 849-7000

*/s/ Jason Sternberg*

Jason Sternberg (Fla. Bar No. 72887)
jasonsternberg@quinnemanuel.com
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
(305) 402-4880

*Attorneys for Defendant Abacus Global Management, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 13, 2026, a true and correct copy of the foregoing document was electronically served via the CM/ECF system on all parties authorized to accept service by CM/ECF.

*/s/ Jason Sternberg*
Jason Sternberg