# EXHIBIT 2

**Rodrigo Tojo Garcia**

**From:** jungerj@gtlaw.com
**Sent:** Thursday, October 8, 2026 3:54 PM
**To:** Joshua Hall; Sheila.Oretsky@gtlaw.com; Joshua.Stotzky@gtlaw.com; Raquel.Acuna@gtlaw.com
**Cc:** Alex Zuckerman; Kathleen Messinger; Rodrigo Tojo Garcia
**Subject:** RE: Scheduling Gabe Siegel's Deposition

**[EXTERNAL EMAIL from jungerj@gtlaw.com]**

Josh,

We are working on dates and will get them to you ASAP. As I said at the hearing, Mr. Siegel has pre planned travel and is unavailable on October 19-23 and November 3-13. We also have multiple depositions the week of October 26. We are working through our schedules against his and will provide you with our availability by tomorrow.

I also wanted to note that Mr. Sternberg made a comment that Amy Springs and Denny Mathew were not listed on our initial disclosure. Yet, our initial disclosure specifically lists anyone that worked at RiverRock, which obviously includes them. You are obviously aware of their role in the case and their role at RiverRock seeing as you tried to depose them.

**Jennifer L. Junger**
Shareholder

Greenberg Traurig, P.A.
333 S.E. 2nd Avenue | Suite 4400 | Miami, FL 33131
T 305.579.0560 | F 305.961.5698 | C 516 448 4667
jungerj@gtlaw.com | www.gtlaw.com | View GT Biography

**From:** Joshua Hall <joshuahall@quinnemanuel.com>
**Sent:** Thursday, October 8, 2026 3:15 PM
**To:** Junger, Jennifer L. (Shld-MIA-LT) <jungerj@gtlaw.com>; Oretsky, Sheila (Shld-MIA-LT) <Sheila.Oretsky@gtlaw.com>; Stotzky, Joshua (Assoc-MIA-LT) <Joshua.Stotzky@gtlaw.com>; Acuna, Raquel (LSS-MIA-LT) <Raquel.Acuna@gtlaw.com>
**Cc:** Alex Zuckerman <alexzuckerman@quinnemanuel.com>; Kathleen Messinger <kathleenmessinger@quinnemanuel.com>; Rodrigo Tojo Garcia <rodrigotojogarcia@quinnemanuel.com>
**Subject:** Scheduling Gabe Siegel's Deposition

***EXTERNAL TO GT***

Counsel:

Pursuant to the Court’s order, can you please propose dates for Gabe Siegel’s deposition?

We’re available October 19 and 20, the last week of October, and the first week of November.

Thank you,

**Joshua Hall**
*Associate*
**Quinn Emanuel Urquhart & Sullivan, LLP**

295 5th Avenue
New York, New York 10016
212-849-7559 Direct
508-313-6949 Mobile
212-849-7000 Main Office Number
joshuahall@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.